**IN THE CIRCUIT COURT OF MADISION COUNTY TENNESSEE**
**FOR THE TWENTY-SIXTH JUDICIAL DISTRICT AT JACKSON**

FILED
MAR 07 2023
GAIL MOONEY, CIRCUIT COURT CLERK
DEPUTY CLERK
A.M. 3:52 P.M.

NANCY PLUNK,

Plaintiff,

v. CASE NO. C-23-94 DIV II

SHELTER MUTUAL INSURANCE COMPANY,
JOHN PRICE, VCE, INC.,
and JASON PIRTLE

Defendants,

**COMPLAINT FOR UMPIRE AND BREACH OF CONTRACT**

Nancy Plunk ("Plaintiff"), by and through her counsel, and respectfully requests this Honorable Court to order the Defendants to comply with the mandatory process and appoint a competent and impartial Umpire as required in the Homeowners policy language; and does show the court as follows:

**I. PARTIES AND VENUE**

1. This Honorable court is authorized by mutual consent of the parties to select a competent and impartial umpire and order Defendant's to identify their appraiser pursuant to the policy language and pursuant to Tennessee Common and Statutory law.

2. Nancy Plunk, "Plaintiff" is the named insured and owner of the insured premises and dwelling located at 147 Old Bells Loop in Jackson, Tennessee 38305.

3. Shelter Mutual Insurance Company "Defendant" (NAIC Code # 23388), is a foreign corporation in the business of insurance in Tennessee with its principal offices located at 1817 W Broadway Columbia, MO 65218; and in exchange for Plaintiff's monthly

premiums, subject to the policy terms, conditions, exclusions and endorsements, insured the premises under Policy No. 41-73-10179681-1; and may be served through .the Tennessee Insurance Commissioner. Defendant is responsible for the actions of John Price, VCE, Inc., and Jason Pirtle, P.E., via operation of the doctrines of *respondent superior*, actual or apparent agency, employer-employee, or master –servant.

4. John Price is believed to be an adult resident citizen of Tennessee whose business address is 990 Elliston Way Thompsons Station, TN 37179, and Price may be served with process by any means authorized by Rule of the Tennessee Rules of Civil Procedure.

5. VCE, Inc., is a Tennessee corporation with its principal headquarters located at 2604 Foster Ave, Nashville, Tennessee 37214, and VCE, Inc. may be served with process by any means authorized by Rule of the Tennessee Rules of Civil Procedure.

6. Jason Pirtle, P.E. is believed to be an adult resident citizen of Tennessee whose business address is 2604 Foster Ave, Nashville, Davidson County Tennessee; and Pirtle may be served with process by any means authorized by Rule of the Tennessee Rules of Civil Procedure.

## II. FACTS

7. Defendants issued [1] Policy No. 41-73-10179681-1 to Plaintiff providing coverage for damages resulting from a wind occurrence, and that was in effect on, or about, May 26, 2022, and the date of loss stated and assigned Claim No. DW3228915; for which

[1] **For purposes of judicial economy, only the Policy Declarations Page, Appraisal provision, and Appraisal Demand are attached as Collective Exhibits "1", to preclude the necessity for the Judge to "rifle through" a voluminous policy to locate the limited provisions relevant to these proceedings.**

Defendants extended coverage and made certain payments to repair the damages. The "policy" is attached herewith in Collective Exhibits "1".

8.   Defendants adjuster, John Price, inspected the damage in mid-June, which included extensive tree damage and subsequent tree and debris mitigation measures to remove trees from the dwelling, roof, other structures, fences, etc.,; and on June 30, 2022 he sent a letter and estimate (see Exhibit "2") stating an amount of loss materially different than Plaintiffs estimate (See Exhibit "3"), and even less than Plaintiffs incurred expenses for the mitigation work (See Exhibit "4").

9.   After no substantive response from Price to reinspect the property, the contractor emailed Price on September 15, 2022 to advise the restoration work would begin in five days if re-inspection was not needed; and Price responded on September 20, 2022 via email (See Collective Exhibits "5"), requesting the contractor remove certain line items from an already detailed invoice (Exhibit "4"), stating some of the items weren't covered by the policy, and that he was assigning an engineer to determine if there was any structural damage that he missed.", knowing this was not *See Exhibit "4", Collective Exhibits "5" and "8".*

10.   On September 28, 2022, Jason Pirtle, P.E. of VCE, Inc., met with Plaintiffs Public Adjuster at the insured property and was shown all the damages in the contractor's estimate to repair and provided the estimate and the photographic evidence of all damages and showing what the property looked like the day of, and after, the loss. See Exhibits "3","8", and Collective Exhibits "5", but Pirtle states on pg 2 and 3 in Exhibit "8" that he was not provided any photos prior to the loss date or debris removal, but displays

them in the report and was emailed them on September 28, 2022. Exhibits "3", "4","8", and Collective Exhibits "5"

11. Due to Defendants long-running failure to reinspect the property to confirm the repair estimate with the contractor or pay the mitigation invoice she had incurred, Plaintiff was forced to hire an appraiser and demand appraisal on October 1, 2022. See Collective Exhibits "1".

12. The policy appraisal provision provides that,

**Appraisal**

If you and we fail to agree on the market value, total restoration cost, modified cash value, or amount of loss, as may be required in the applicable policy provision, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within **20 days** after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within **15 days**, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire. The appraisers shall then appraise the loss, stating separately the market value, total restoration cost, modified cash value, or amount of loss as may be required in the applicable policy provision. If the appraisers submit a written report of an agreement of the market value, total restoration cost, modified cash value, or amount of loss, as may be required in the applicable policy provision. If they cannot agree. they will submit their differences to the umpire. A written award by two will determine the market value, total restoration cost, modified cash value, or amount of loss. Each party will pay the appraiser it chooses, and equally pay expenses for the umpire and all other expenses of the appraisal. See Collective Exhibits "1".

12. Instead of naming an appraiser as mandated by the policy, adjuster Price sent a letter to Plaintiff and the Public Adjuster - nineteen days after the demand (October 19, 2022, See Exhibit "6") -- falsely stating that, *"In order to determine whether there is a dispute over any covered loss, we will need to investigate the additional claims set forth on the P&G Construction estimate. Thus, <u>before</u> we can move forward on your request* for appraisal, *we are asking for the following information which is needed to assist in our*

*investigation;* Price knew there were no *additional claims set forth in the estimate* nor were there any prerequisites in the contract exempting Defendants mandatory compliance with the appraisal demand; and his actions rendered the appraisal process illusory and of little benefit to Plaintiff, and thus violated her rights by causing the delay and denial of benefits rightfully owed under the policy (Collective Exhibits "1", "6", and "7").

13. In the same letter Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim when he required Plaintiff to, *"..... confirm whether the P&G Construction estimate represents the claim that you are making to Shelter Insurance from the May 26, 2022 event",* to avoid compliance with the appraisal provision rendering it illusory and of little benefit to Plaintiff. Price knew there was, and is, only one estimate he had ever received from Plaintiff and that it had been in his possession since June 17, 2022; and his actions recklessly disregarded and withheld material facts that violated Plaintiffs rights under the policy causing the delay and denial of benefits owed under the policy (Collective Exhibits "1","3","5" and "6") .

14. In the same letter, Defendants adjuster John Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim payment by stating – per bullet point -- that, *"William Griffin has contacted us on your behalf. Please let us know Mr. Griffin's role in this claim, if any.; Provide any contracts related to this claim, including but not limited to any contract with P&G Construction and/or William Griffin";* Price knew he had been communicating with Mr. Griffin for several months when he made these requests; he knew these requests were not relevant to the claim. Nor were they a duty of the Plaintiffs that preceded, or exempted, Defendants strict compliance with the appraisal demand; and his actions violated Plaintiffs rights under the

policy by causing the delay and denial of benefits rightfully owed under the policy. (Collective Exhibits "1","3","6""7", and "8")

15. In the same letter Adjuster Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim payment by requiring that Plaintiff *"Provide any available photos of the damages you are claiming.; Provide any available receipts or invoices for charges that you incurred due to this loss; Once we have completed our investigation, we will let you know about our position on your demand for appraisal";* Price knew these requests were not relevant to any investigation nor were they required of Plaintiff before his compliance with the appraisal demand, and that he was either already in possession of the information, or had no legal right to the information; and his actions violated Plaintiffs rights under the policy causing the delay and denial of benefits owed under the policy (Collective Exhibits "1","3","6", "7", and "8")

16. On October 10, 2022, VCE, Inc. and their engineer, Jason Pirtle, P.E., published and submitted a report containing numerous misrepresentations of material facts relating to the pending claim (Exhibit "8" on pg. 2) of the Conclusion section, that *"The limb strike damage to the Main home and the south shop is confined to the area of impact"*; knowing that actual trees had struck the home, the rear of the shop, and the fences that required extensive RCV repairs to the structures as shown in Plaintiffs estimate. See attached Exhibits "3","4","6","7", and "9".

17. VCE, Inc. and their engineer, Jason Pirtle, P.E., published and submitted their report that made misrepresentations of material facts relating to the insurance claim to the insurer, insured, and an insurance professional; by stating in the report on pg. 2 in the Conclusion section that *"The limb strike damage to the Main home and the south shop is*

*confined to the area of impact*"; while knowing that wind caused several trees to strike the home, rear of the shop, and the fences, and causing the delay and denial of policy benefits Plaintiff was owed. See Exhibits 3","4","6","7", and "9"

18. On December 21, 2022, Plaintiff submitted a Sworn Proof of Loss with supporting documentation and photographs for an amount of loss, resulting from the windstorm at approximately $ 167,004.23 as shown in Exhibits "3", "4", "6", "7", and "9".

19. Plaintiff received first copy of the VCE, Inc. report on December 21, 2022, which states on pg 2 of Exhibit "8" that the purpose of the report authored by Jason Pirtle, P.E. was to *"determine the extents of damage caused by a limb strike to the main home' roof and the south shops north roof*", and Pirtle further states on pg 3 of Exhibit "8" that he was not provided photos of the property prior to the loss or debris removal, which was not true as shown in Exhibits "3" and "8", which was solicited by Defendants and prepared by VCE, Inc. and Pirtle to support the wrongful non-payment, delay, and denial of policy benefits owed to the Plaintiff; they committed and abetted the infliction of further financial and legal harm upon Plaintiff knowing she did not have sufficient funds to make proper repairs to her property due to the concerted actions of Defendants, Price, VCE, Inc., and Pirtle in withholding information about the damage and presenting false information and misrepresentations of coverage terms to the insured and her insurance professional, and violating her rights to have a fair and just appraisal pursuant to the contract. See Exhibits 3","4","6","7", and "9" "

20. Both parties are entitled to an expeditious appraisal, pursuant to the policy language, with two competent and impartial appraisers and a competent and impartial

umpire, as these three are essential to an effective and fair process to determine the correct amount of loss to the property. See Collective Exhibits "1".

**III. COMPEL APPRAISAL AND APPOINT**

*UMPIRE QUALIFICATIONS*

21. Although the policy does not outline the criteria to be used in the umpire selection process, "Generally accepted insurance principles dictate only that 'an umpire selected to arbitrate a loss should be disinterested, unprejudiced, honest, and competent. "' Brothers v. Generali Us. Branch, No. CIV.A.1:97-CV-798-MHS, 1997 WL 578681, at *3 (N.D. Ga. July 11, 1997) (quoting 6 Appleman, Insurance Law and Practice § 3928, at 554 (1972».The umpire "should be impartial, honest, and competent, and should not live an unreasonable distance from the scene of the loss." Corpus Juris Secundum, Insurance § 1897 (2011) See, e.g. 6 Appleman, Insurance Law and Practice §3928, at 554 (1972); Corpus Juris Secundum, Insurance §1897

22. Plaintiff proposes the well-qualified individuals below who have no business or personal relationships with either party, and meet the criteria described herein.

a) Scott Heidelberg: TN Certified PLAN Ump/Appr- CV
b) Andy Fraraccio: Intrust Claims – CV
c) Zach Baker: TN - The David Group - Certified Umpire – CV
d) Mary Jo O'Neal: TN/IA.- Certified Appraiser / Umpire-CV
e) Joe Harmon: TN – Restoration General Contractor Certified Umpire - CV
f) David Hilsdon: Lic. Engineer, P.E. TN – CV

23. This Honorable Court is authorized by mutual consent of the parties', and pursuant to the policy language, to select an umpire and compel the appraisal process to proceed.

**COUNT III. BREACH OF CONTRACT**

24. The Plaintiff incorporates the foregoing allegations as if fully set forth herein.

25. Defendants materially breached the insurance agreement by refusing to comply with the mandatory appraisal provision they wrote into the contract of adhesion.

26. Defendants materially breached the insurance agreement by failing to pay the insureds claim within sixty days after receiving the insureds proof of loss.

**COUNT IV. PUNITIVE DAMAGES**

27. The Plaintiff incorporates the foregoing allegations as if fully set forth herein.

28. Defendants conduct was reckless, and in light of the foregoing allegations, entitles Plaintiff to an award of punitive damages

**COUNT V. UNLAWFUL INSURANCE ACT(S)**

Tenn. Code Ann. §56-53-103

29. The Plaintiff incorporates the foregoing allegations as if fully set forth herein.

30. Defendants adjuster John Price, who on information and belief, is a resident of the State of Tennessee, and whose business address is 990 Elliston Way Thompsons Station, Tennessee 37179, specifically misrepresented coverage terms and benefits to the insured and their insurance professional / practitioner relating to the pending claim and appraisal in a letter dated October 19, 2022, on pp. 2 in See Exhibit "6", by stating that, *"In order to determine whether there is a dispute over any covered loss, we will need to investigate the additional claims set forth on the P&G Construction estimate. Thus, before we can move forward on your request for appraisal, we are asking for the following information which is needed to assist in our investigation;* Price knew there was no such prerequisites or obligations required of Plaintiff exempting Defendants mandatory compliance with the appraisal demand; and that his actions violated the Unlawful

Insurance Act found at Tenn. Code Ann. §56-53-103(a)(1) by causing the delay and denial of benefits owed under the policy through his misrepresentations, and falsehoods. A copy of the letter is incorporated herein by reference and attached herewith as Exhibit "6". (See Collective Exhibits "1", "5", and "7")

31.    In the same letter John Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim payment by stating, in the same letter by requiring that Plaintiff, *"Please confirm whether the P&G Construction estimate represents the claim that you are making to Shelter Insurance from the May 26, 2022 event";* Price knew the P&G estimate was the original, and only, estimate submitted to him by Plaintiff since the claim opened; and had been in his possession when he made these requests; having knowledge and belief that his actions violated the Unlawful Insurance Acts enumerated in Tenn. Code Ann. §56-53-103(a)(1), and violated Plaintiffs rights under the policy, causing the delay and denial of benefits owed to Plaintiff. A copy of the letter is incorporated herein by reference and attached herewith as Exhibit "6" and the falsity of the statement is shown in Collective Exhibits "1", "6", and "7".

32. In the same letter Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim payment by stating that, *"William Griffin has contacted us on your behalf. Please let us know Mr. Griffin's role in this claim, if any.; Provide any contracts related to this claim, including but not limited to any contract with P&G Construction and/or William Griffin";* Price knew this request was made solely to wrongfully delay and deny policy benefits, was not a policy requirement, nor was it a duty Plaintiff must fulfil  before Defendants mandatory compliance with the appraisal demand; and that his actions violated the Unlawful Insurance Act found at Tenn.

Code Ann. §56-53-103(a)(1), and Price's actions violated the Plaintiffs rights under the policy, causing the delay and denial of benefits owed under the policy. A copy of the letter is incorporated herein by reference and attached herewith as Exhibit "6". (See Collective Exhibits "1" and "6", and "7".)

33. In the same letter, Price misrepresented coverage terms and benefits to an insured and insurance professional / practitioner related to a claim by stating in the same letter stating that, *"Provide any available photos of the damages you are claiming.; Provide any available receipts or invoices for charges that you incurred due to this loss; Once we have completed our investigation, we will let you know about our position on your demand for appraisal";* Price knew these requests were not required of Plaintiff before Defendants mandatory compliance with the appraisal demand and that he was already in possession of the information; and his actions violated the Fraudulent Insurance Act found at Tenn. Code Ann. §56-53-103(a)(1), and Plaintiffs rights under the policy causing the delay and denial of benefits rightfully owed. A copy of the letter is incorporated herein by reference and attached herewith as Exhibit "3", Collective Exhibits "5" and Exhibits "6" and "7")

34. Jason Pirtle, P.E., of VCE, Inc., who on information and belief, is a resident of the State of Tennessee, and whose business address is 2604 Foster Avenue Nashville, Tennessee 37210; and while in the course and scope of his employment with Defendants, presented and published false information to an insurer, insured, and an insurance professional/practitioner related to an insurance claim by stating in his investigation report, dated October 10, 2022, in Exhibit "8" on pg. 2 in the *Conclusion* section, that *"The limb strike damage to the Main home and the south shop is confined to the area of impact"*; knowing that an actual tree had struck the home and the rear of the shop, that

these impacts caused other areas not confined to the impact areas, and that the Defendants estimate of repair was wholly insufficient to properly and legally complete those repairs; and Pirtle's actions violated the Unlawful Insurance Act found at Tenn. Code Ann. §56-53-103(a)(1) and further violated the rights of Plaintiff by causing the wrongful delay and denial of benefits rightfully owed.  A copy of the report is incorporated herein by reference and attached herewith Exhibit "8".

35.    The actions of Shelter, Price, VCE, Inc., and Pirtle, were, and are, part of a pattern or practice of violations of the Unlawful Insurance Act in Tenn. Code Ann. §56-53-103(a)(1); and all Defendants participated in, aided, abetted, solicited to, or conspired to commit the acts enumerated above with the intent to induce reliance subject to Tenn. Code Ann. §56-53-107 that authorizes and entitles the Plaintiff to treble damages.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests the court order Defendants to comply with the mandatory appraisal provision, identify a competent and impartial appraiser, appoint a competent and impartial Umpire for proceedings consistent with the appraisal provision; and order the appraisers to submit their differences to the Umpire within 20 days from the date of this order, and that the Umpire render a decision within 20 days from the date of the appraisers submitting their positions in order to timely resolve the amount of loss to Plaintiffs premises; and that the court grant pre-judgment interest, post-judgment interest, compensatory damages, attorney fees, treble damages, and other damages and expenses as authorized by Tenn. Code Ann. §56-53-107 of no less than THREE MILLION DOLLARS AND punitive damages of no less than SIX MILLION DOLLARS.

Respectfully Submitted,

______________________________

Drayton Berkley, # 02261
*Counsel for Plaintiff*
The Berkley Law Firm, PLLC
1255 Lynnfield Road Ste 226
Memphis, TN 38119,
Phone. 901-322-8706
attorneyberkley@gmail.com

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been sent via to the following parties:

Shelter Mutual Insurance Company
NAIC No. 22388
The Department of Commerce and Insurance
Attn: Service of Process
500 James Robertson Pkwy
Nashville, TN 37243
P: 615-532-5260
E: Service.Process@tn.gov

John Price
Shelter Insurance Claims
990 Elliston Way
Thompsons Station, TN 37179
P: 731-439-7665
T: 615-778-3975
F: 615-778-3970
E: JPrice@ShelterInsurance.com
E: claimsdocuments@shelterinsurance.com

VCE, Inc., and
Jason Pirtle, P.E.
2604 Foster Avenue
Nashville, TN 37210
P.O. Box 444
Henderson, TN 38340
P: 731-225-8490
E: j.pirtle@jpse-structural.com
*VCE, Inc. Engineer*

This 7th day of March, 2023.

Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC





Shelter Mutual Insurance Company
1817 W Broadway
Columbia, MO 65218
1-800-SHELTER (743-5837)

00801170???

## Dwelling Insurance Policy Declarations

**Named Insured:**
NANCY R PLUNK
550 CATFISH LN
CRUMP TN 38327-3749

**Policy Number:** 41-73-10179681-1
**Effective Date:** 02-14-2021 (12:01 AM CST)
**Expiration Date:** 02-14-2022 (12:01 AM CST)

**Agent:** WILLARD BESHIRES
41-0A193-60
1463 SOUTH HIGHLAND
SUITE C
JACKSON TN 38301
731-427-8707

These **Declarations** are part of your policy and replace all prior **Declarations.**

**Policy Deductible**
$1,000

| **Described Premises** | **Description** |
|---|---|
| 142 OLD BELLS LOOP NEAR JACKSON TN 38305 (COUNTY 0113) | 1981 MODULAR MOBILE HOME 30 X 50 SERIAL #A OWNER |

| **Coverages** | **Limits** | **Endorsement Number** | **Premium** |
|---|---|---|---|
| Mobile Home | $50,000 | | $454.00 |
| PERSONAL PROPERTY | $25,000 | | $169.00 |
| Addition of the Peril of Vandalism | | B-847.2-B | |
| Peril Of Theft To Personal Property Coverage | $10,000 | B-37.7-B | $65.00 |
| | | **Total for Term (This is Not a Bill):** | $688.00 |

| **Policy forms and additional endorsements attached to this policy:** | **Number:** |
|---|---|
| Dwelling Insurance Policy - Basic Coverage Form | B-450.3-B |
| Amendatory Endorsement-Tennessee | B-198.1-B |

(For Office Use Only)
Transaction: RNEW B
H. O. CODE: 688.00
Policy ID: 80005876008
Policy Term: One Year
County: 113

Tier: 1000
Protection Class: 05
Date Issued: 01-10-2021
'01102020'
Zone Code: 1

B-127.16-B

**End of Declarations**

PLAINTIFF'S EXHIBIT 1

of the party to whom such payment is made to the extent of such payment. Our interest will extend to all securities held as collateral for the mortgage debt. Any mortgagee or trustee so paid agrees to sign whatever documents and take whatever actions we may reasonably request to enforce our rights under this provision. Our subrogation rights will not be enforced in such a way as to impair the right of the mortgagee or trustee to recover the full amount due under the mortgage.

If we pay the mortgagee or trustee any sum for loss under this policy, and we contend that we had no obligation to pay the mortgagor or owner, we may, at our option, pay the mortgagee or trustee the entire principal sum of the loan, with interest accrued to the date of payment and, if we do so, that person agrees to make a full assignment and transfer of the mortgage or trust deed and all other securities applicable to the loan to us.

7. No Benefit to Bailee
This insurance will not, in any way, benefit any person who may be caring for or handling property for a fee.

8. Recovered Property
If you recover any lost or stolen property for which we have made a payment under this policy, you agree to notify us of that fact within 10 days of its recovery. If you want to keep the property you may do so if you return the entire amount we paid you because of its loss. If you do not want to keep the property, you agree to allow us to take it, if we choose to do so. In that event the property will become our property.

If we recover any lost or stolen property for which we have made a payment under this policy, we agree to notify you of that fact within 10 days of its recovery. If you want the property you may take it if you return the entire amount we paid you because of its loss. If you do not want the property, you agree to allow us to keep it, if we choose to do so. In that event the property will become our property.

9. Payments Under This Section Of The Policy
Before we make any payments under Section I of this policy,
(a) We must receive your completed proof of loss;
(b) You must comply with all conditions of this policy; and
(c) The amount of the loss must have been established by either
(1) An agreement between you and us; or
(2) A final judgment of a court of law.
When these steps are completed, we will make any payments due for a covered loss within 30 days.

10. Appraisal
If you and we fail to agree on the market value, total restoration cost, modified cash value, or amount of loss, as may be required in the applicable policy provision, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire.

The appraisers shall then appraise the loss, stating separately the market value, total restoration cost, modified cash value, or loss to each item, as may be required in the applicable policy provision. If the appraisers su[illegible] agreement to us, the amount agreed upon shall be the market value, total restoration cost, modified cash value, or amount of loss, as may be required in the applicable policy provision. If they cannot agree, they will submit their differences to the umpire. A written award by two will determine the market value, total restoration cost, modified cash value, or amount of loss. Each party will pay the appraiser it chooses, and equally pay expenses for the umpire and all other expenses of the appraisal.

11. Inflation Protection
To have the limits stated in the Declarations expanded in the event of a major loss, you agree that we may, at our option, adjust the Coverage A and Coverage B limits annually using data from industry sources that report changes in the construction cost index caused by inflation.

At each renewal date, your billing will reflect any adjustment in policy limits from the previous policy period.

You agree to:
(a) Accept all adjustments in limits included in your renewal billing;
(b) Notify us within 90 days of the start of any new building valued at $5,000 or more, or any addition to or remodeling of buildings that increases their value by $5,000 or more; and
(c) Pay any required premium for such changes in value.

HOW LOSSES UNDER SECTION I ARE SETTLED

(A) These provisions apply to all losses settled under paragraphs (B), (C), (D), and (E), below.
(1) If the total restoration cost of all covered property damaged in one accident is less than $1,000, we will pay you the total restoration cost.
(2) The amount of your deductible will be deducted from all losses covered under Section I of this policy, unless the specific coverage under which the loss is covered says otherwise. A single deductible applies to all covered losses caused by any one accident.
(3) If we cannot agree with you as to the total restoration cost, restoration cost, market value or modified cash value, and agreement is required under this policy in order to conclude a claim, the total restoration cost, restoration cost, market value or modified cash value, whichever may apply to the specific claim, will be determined in accordance with the appraisal section this policy.

(B) This provision applies to covered losses to all personal property:
(1) When we agree with you as to the market value of the damaged part of those items, we will, at our option, do one of the following:
(a) Pay the market value of the damaged part of the covered property;
(b) Pay the restoration cost of the damaged part of the covered property;
(c) Pay to replace the damaged part of the covered property, in kind; or
(d) Pay the limit of coverage stated in this policy as applicable to the item, including any special limits.

PLAINTIFF'S EXHIBIT 1

if any **insured** has:

(a) intentionally concealed, or misrepresented, any material fact or circumstance relating to the purchase of this policy;

(b) negligently misrepresented any material fact or circumstance related to the purchase of this policy;

(c) intentionally concealed, or misrepresented, any material fact related to any **claim** made under this policy; or

(d) acted fraudulently, or made false statements, relating to any **claim** made under this policy.

3. LOSS PAYABLE CLAUSE – PAYMENTS WHEN A LOSS PAYEE IS SHOWN
**We** will negotiate settlement of **claims** only with a **named insured**, and the amount of any settlement will be paid jointly to **you** and any loss payee shown in the **Declarations**, subject to all the terms and conditions of the policy. **We** will deliver any settlement check or draft to a **named insured** or any loss payee, at **our** option.

4. APPLICATION OF **DEDUCTIBLES**
If **you** make **claims** under two or more coverages for **losses** that occurred at the same time, the largest applicable **deductible** will apply to the total aggregate amount of all those losses, but no other **deductible** will apply.

5. APPRAISAL TO SETTLE DISPUTES
If we cannot agree with you as to the amount due for any loss, either party may make written demand for an appraisal. The appraisal will then be handled in accordance with the state specific endorsement attached to this policy.

6. INSURABLE INTEREST
**We** will not pay any **insured** more than his, her, or its, insurable interest in the covered property at the time of **loss**.

7. EXCLUSION OF TRUSTER (SETTLOR)
If a trust or trustee is shown as an **insured**, no coverage is provided to the truster (settlor) of that trust unless that truster (settlor) is named as an **insured** in his, her, or its, individual capacity.

8. ABANDONED PROPERTY
**We** are not obliged to accept abandoned property.

9. MORTGAGEES AND TRUSTEES UNDER DEEDS OF TRUST

(a) SETTLEMENT AND PAYMENT OF **CLAIMS**
**Claims** will be negotiated only with a **named insured**, and the amount of the settlement will be paid to **you**, subject to all the terms and conditions of the policy; but if another **person** is named in the **Declarations** as a "mortgagee", or "trustee" under a trust deed, **we** will pay any amount due under that settlement to that mortgagee or trustee to the extent of its interests. If the name of more than one such **person** appears, **we** will pay them in the order of precedence of their mortgages or trust deeds. This provision does not apply to contracts for deed or any similar method of sale in which **ownership** of the property does not pass to an **insured** until all payments on the purchase loan are made.

Any payment due to a mortgagee or trustee under this provision will not be invalidated by:

(1) any act or neglect of the mortgagor or **owner** of the insured property;

(2) any foreclosure or other proceedings or notice of sale relating to the property;

(3) any change in the ti[...] or

(4) the occupation of the **premises** for purposes more hazardous than are permitted by this policy.

(b) DUTIES OF A MORTGAGEE OR TRUSTEE

(1) If the mortgagor or **owner** neglects to pay any premium due under this policy, the mortgagee or trustee must pay it, immediately, upon **our** demand.

(2) Any mortgagee or trustee must notify **us** of any change of:

(i) **ownership**;

(ii) occupancy; or

(iii) increased risk of a **loss** to the insured property;

of which it has knowledge, within ten days of its acquisition of that knowledge. The mortgagee or trustee must also pay any additional premium we may require for such increased risk for the balance of the term of this policy. Failure to provide this notice or make such payments will result in an immediate loss of coverage to the mortgagee or trustee.

(c) NOTICE OF CANCELLATION TO MORTGAGEE OR TRUSTEE
**We** may cancel this policy at any time as provided by its terms, however if **we** do so, it will continue in force as to benefits due the mortgagee or trustee for ten days after notice is mailed to the mortgagee or trustee of such cancellation. At the end of those ten days all benefits under this policy will end. This provision does not apply to loss payees.

(d) OTHER INSURANCE AVAILABLE TO MORTGAGEE OR TRUSTEE
If other insurance covers a **loss** that is also covered by this policy, the benefits provided under this policy apply only:

(1) to the amount of the **loss** that exceeds the limits of that other insurance; and

(2) to the extent its limits exceed the limits of that other insurance.

(e) PAYMENT TO MORTGAGEE OR TRUSTEE WHEN PAYMENT IS NOT OWED TO **YOU**
If **we** have no obligation to pay **you** on a **claim** made under this policy, **we** will pay any mortgagee, or trustee under a deed of trust, listed in the **Declarations** if that **person** assists **us** in becoming either the owner of the right to receive **your** payment, or the subrogee of his, her, or its, right to receive **your** payment by:

(1) assigning all securities held as collateral for **your** debt, to **us**;

(2) assigning all legal documents evidencing and securing **your** debt, to **us**; and

(3) fully cooperating in **our** efforts to collect the debt from **you**.

In the event **we** elect to pay under this section of the policy, **you** agree that **we** may, at **our** option, either:

(1) pay the amount due for the **claim** and become subrogated only to the extent of that payment; or

(2) pay the entire unpaid principal sum of **your** debt together with accrued interest and take a full assignment and transfer of the right to receive **your** payment.



Shelter Insurance /J. Price
PO Box 6008
Columbia, MO 65205-6008
F. 888-742-5671/ T. 731-439-7665
E. jprice@ShelterInsurance.com

Re; **DEMAND FOR APPRAISAL**
Insured: Nancy Plunk
Address: 147 Old Bells Loop
Jackson, TN 38305
Claim No: DW0000003228915

**///// TRANSMITTAL VIA EMAIL AND FACSIMILE ////**

Mr. Price,

We have a dispute on the amount of my loss and this letter will serve as my demand for appraisal as required by my policy provision that reads as follows:

**Appraisal**
If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
a. Pay its chosen appraiser; and
b. Bear the other expenses of the appraisal and umpire equally.
If there is an appraisal, we will still retain our right to deny the claim.

My appraiser is a follows:

**Mary Jo O'Neal**
**Phone: 615.849.6400**
**Email: maryjo6400@aol.com**

Please have your appraiser contact Ms. O'Neal and copy me and my Public Adjuster on all correspondence regarding this claim going forward.

Sincerely,
Nancy Plunk

Cc W.Griffin
M. O'Neal

of the party to whom such payment is made to the extent of such payment. Our interest will extend to all securities held as collateral for the mortgage debt. Any mortgagee or trustee so paid agrees to sign whatever documents and take whatever actions we may reasonably request to enforce our rights under this provision. Our subrogation rights will not be enforced in such a way as to impair the right of the mortgagee or trustee to recover the full amount due under the mortgage.

If we pay the mortgagee or trustee any sum for loss under this policy, and we contend that we had no obligation to pay the mortgagor or owner, we may, at our option, pay the mortgagee or trustee the entire principal sum of the loan, with interest accrued to the date of payment and. If we do so, that person agrees to make a full assignment and transfer of the mortgage or trust deed and all other securities applicable to the loan to us.

7. No Benefit to Bailee
This insurance will not, in any way, benefit any person who may be caring for or handling property for a fee.

8. Recovered Property
If you recover any lost or stolen property for which we have made a payment under this policy, you agree to notify us of that fact within 10 days of its recovery. If you want to keep the property you may do so if you return the entire amount we paid you because of its loss. If you do not want to keep the property, you agree to allow us to take it, if we choose to do so. In that event the property will become our property.

If we recover any lost or stolen property for which we have made a payment under this policy, we agree to notify you of that fact within 10 days of its recovery. If you want the property you may take it if you return the entire amount we paid you because of its loss. If you do not want the property, you agree to allow us to keep it, if we choose to do so. In that event the property will become our property.

9. Payments Under This Section Of The Policy
Before we make any payments under Section I of this policy,
(a) We must receive your completed proof of loss;
(b) You must comply with all conditions of this policy, and
(c) The amount of the loss must have been established by either:
(1) An agreement between you and us; or
(2) A final judgment of a court of law.
When these steps are completed, we will make any payments due for a covered loss within 30 days.

10. Appraisal
If you and we fail to agree on the market value, total restoration cost, modified cash value, or amount of loss, as may be required in the applicable policy provision, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire.

The appraisers shall then appraise the loss, stating separately the market value, total restoration cost, modified cash value, or loss to each item, as may be required in the applicable policy provision. If the appra[illegible] agreement to us, the amount [illegible] value, total restoration cost[illegible] of loss, as may be required i[illegible] they cannot agree, they will submit their differences to the umpire. A written award by two will determine the market value, total restoration cost, modified cash value, or amount of loss. Each party will pay the appraiser it chooses, and equally pay expenses for the umpire and all other expenses of the appraisal.

11. Inflation Protection
To have the limits stated in the Declarations expanded in the event of a major loss, you agree that we may, at our option, adjust the Coverage A and Coverage B limits annually using data from industry sources that report changes in the construction cost index caused by inflation.

At each renewal date, your billing will reflect any adjustment in policy limits from the previous policy period.

You agree to:
(a) Accept all adjustments in limits included in your renewal billing;
(b) Notify us within 90 days of the start of any new building valued at $5,000 or more, or any addition to or remodeling of buildings that increases their value by $5,000 or more; and
(c) Pay any required premium for such changes in value.

HOW LOSSES UNDER SECTION I ARE SETTLED

(A) These provisions apply to all losses settled under paragraphs (B), (C), (D), and (E), below:
(1) If the total restoration cost of all covered property damaged in one accident is less than $1,000, we will pay you the total restoration cost.
(2) The amount of your deductible will be deducted from all losses covered under Section I of this policy, unless the specific coverage under which the loss is covered says otherwise. A single deductible applies to all covered losses caused by any one accident.
(3) If we cannot agree with you as to the total restoration cost, restoration cost, market value or modified cash value, and agreement is required under this policy in order to conclude a claim, the total restoration cost, restoration cost, market value or modified cash value, whichever may apply to the specific claim, will be determined in accordance with the appraisal section in this policy.

(B) This provision applies to covered losses to all personal property:
(1) When we agree with you as to the market value of the damaged part of those items, we will, at our option, do one of the following:
(a) Pay the market value of the damaged part of the covered property;
(b) Pay the restoration cost of the damaged part of the covered property;
(c) Pay to replace the damaged part of the covered property, in kind, or
(d) Pay the limit of coverage stated in this policy as applicable to the item, including any special limits.

if such defect, inadequacy, fault, unsoundness or weakness existed before the **accident** that resulted in the **loss**. This exclusion does not apply to **accidental direct physical loss** that occurs subsequent to any of these events or conditions if that **loss** is caused by the **peril** of fire.

10. The action, lack of action, decision, or lack of decision, of any group, organization, or governmental body, or of any **person** on their behalf regardless of whether the conduct is negligent, wrongful, intentional, or without fault. This exclusion does not apply to:
    (a) **accidental direct physical loss** caused by actions of civil authorities to prevent the spread of a fire, if that fire was caused by a **peril we** insure the damaged property against; and
    (b) **accidental direct physical loss** that occurs subsequent to any of these events or conditions, if that **loss** is caused by the **peril** of fire.
11. **Lead**. This exclusion applies also to any cost or expense related to **your** obligation to assess, or test for, **lead** or the effects of **lead** and any cost or expense related to the abatement, mitigation, remediation, containment, detoxification, neutralization, monitoring, removal, or disposal, of **lead** or the effects of **lead**.
12. **Fungus**. This exclusion applies also to any cost or expense related to **your** obligation to assess, or test for, **fungus** or the effects of **fungus** and any cost or expense related to the abatement, mitigation, remediation, containment, detoxification, neutralization, monitoring, removal, or disposal, of **fungus** or the effects of **fungus**.
13. The illegal activities of any **insured** that result in damage otherwise covered under this policy.
14. The **business** of any **insured**.

EXCLUDED PROPERTIES

**We** do not cover **loss** to any of the following types of property:

1. **Personal property** used to any extent for **business**.
2. Land, including the land necessary to support a structure. This exclusion applies to the cost of replacing or stabilizing land after a covered **loss**, and the cost of stabilizing land to prevent the instability of any structure.
3. **Docks** that are not specifically listed in the **Declarations**.

Any **loss** to property listed in paragraphs 1, 2, and 3, above, is excluded regardless of:

(a) its proximate cause;
(b) its efficient proximate cause;
(c) the fact that non-excluded events, actions, failures to act, conditions, or substances, contributed to its cause;
(d) the sequence of the events, actions, failures to act, onset of conditions, or appearance of substances, that caused it;
(e) whether the events, actions, failures to act, onset of conditions, or appearance of substances, occurred suddenly or gradually;
(f) whether it is isolated or widespread;
(g) whether it arose from natural forces or human forces, or a combination of such forces; or
(h) whether it arose from internal forces or external forces, or a combination of such forces.

CONDITIONS THAT APP

1. WHAT YOU MUST DO IN

If a covered **loss** occurs, the **insured** must take all of the following actions if applicable to that **loss**:
(a) Give **us** immediate notice and, in case of **theft** or suspected **theft, you** must also notify the police immediately.
(b) Protect the property from further damage. Make necessary and reasonable temporary repairs to protect the property, and keep records of the cost of those repairs.
(c) Send to **us**, within sixty days after its receipt by **you**, a proof of **loss** signed and sworn to by the **insured**, including:
    (1) the time and cause of **loss**;
    (2) the reason for the **loss**;
    (3) the interest of **insureds** and all others in the property;
    (4) all plans and specifications of any damaged building or fixtures in your possession;
    (5) the total value of the property immediately before and after the **loss**;
    (6) all encumbrances on the property;
    (7) other policies covering the **loss**;
    (8) changes in title, use, occupancy or possession of the property;
    (9) a list (schedule) of **personal property** damaged or destroyed including all facts known to **you** regarding:
        (i) its quantity;
        (ii) its description;
        (iii) from whom it was obtained;
        (iv) the date it was obtained or purchased;
        (v) whether it was purchased new or used;
        (vi) the amount of its purchase price;
        (vii) the current **replacement** cost;
        (viii) the cost to **repair** it;
        (ix) the **actual cash value**; and
        (x) the amount of **your claim** under all coverages provided by this policy.
(d) Show the damaged property to **us** or **our** representative prior to its **replacement** or **repair**, as often as **we** may reasonably require.
(e) Submit to examinations under oath by any **person** named by **us**, out of the presence of any other **individual** other than a licensed attorney and sign the transcript of the examinations.
(f) Produce for examination, and permit **us** to copy, records pertaining to any **loss of rental** or **lease** income, all books of account, bills, invoices, receipts and other vouchers that **we** may reasonably require.
(g) Produce receipts for any increased costs **you** incur to maintain **your** standard of living while **you dwell** elsewhere.
(h) Authorize **us**, in writing, to obtain any other records that may be relevant to the **claim** or may reasonably be expected to aid **our** investigators in determining the facts relevant to the **claim**.

2. CONCEALMENT OF MATERIAL FACTS AND FRAUD

**We** may, at **our** option, refuse to pay any **claim** made under this policy; or declare the entire policy void as to all **insureds**,



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

PLAINTIFF'S
EXHIBIT
2

06/30/2022

NANCY PLUNK
550 CATFISH LN
CRUMP TN 38327-3749

| Re: | Insured: | NANCY PLUNK |
|---|---|---|
| | Claim Number: | DW0000003228915 |
| | Policy Number: | 41-73-10179681-1 |
| | Date of Loss: | 05/26/2022 |
| | Loss Location: | 142 Old Bells Loop Jackson TN 38305 |

Dear NANCY PLUNK

Your Shelter Insurance® policy covers this property. We are sorry it has been damaged, but we are happy to help you with this covered loss.

We have investigated your claim and estimated the covered amount of your loss. We have enclosed your estimate and are issuing a payment for $5,408.15 . This initial payment is the actual cash value of your loss less your policy deductible. Here is how we arrived at this payment:

| | |
|---|---|
| Total Estimated Cost to Repair or Replace | $10,299.15 |
| Less: Paid When Incurred | $0.00 |
| Less: Non-Recoverable Depreciation | $2,724.36 |
| Less: Your Deductible | $1,000.00 |
| Less: Amount over Limit | $0.00 |
| Initial Payment | $6,574.79 |

You may be eligible for reimbursement of your Recoverable Depreciation amount based on your policy. Your Policy controls when and the amount we can pay for your loss. We have included important summary information about this and other coverages.

**What to do with the Estimate**

Please give this estimate, or a copy, to the repair professionals of your choice. They will review the damage we found and the estimated cost to repair. Any questions about the estimate, or if additional damages have been identified, need to be addressed with us before repairs to the property begin. Repairs made to your property, or repair costs not included in our estimate and agreed to by us, may not be covered.

**Protect Your Property**
Your policy requires you to protect your property from more damage.  This includes completing any necessary temporary repairs to keep your property from suffering additional damage.  Keep your receipts for any temporary repair and give them to your adjuster.

**Paid When Incurred**
Your policy covers some items only after the repair is complete and the cost incurred. These items may or may not be identified on your estimate. Our estimate lists the amount Shelter expects to pay for each item if, and when, it is actually incurred. You should review the estimate and talk to Shelter about any questions related to these charges, or items not listed, before starting your repairs.

**Depreciation**
Depreciation means the amount this property's value had been reduced before the loss because of its condition, age, extent of use, and obsolescence.  If Recoverable Depreciation is deducted from this payment, we will reimburse you the amount you actually incurred to repair or replace that part of the property not to exceed the amount stated in your estimate or your policy limit.  If an amount was subtracted for Non-Recoverable Depreciation, the policy does not provide reimbursement.

**Hauling Away Debris**
Your policy also repays you for reasonable costs you incur to haul away debris from your property.  Please refer to your policy or call us for the restrictions for this payment

**Deductible**
Deductible means the amount of money deducted from the total amount of all losses covered under this policy unless the specific coverage indicates that no deductible applies. We will only pay for loss to covered property minus the deductible.

**How to Get Paid**
For debris removal, send us proof you incurred this expense and we will reimburse you.

| | |
|---|---|
| You may email these to: | ClaimsDocuments@ShelterInsurance.com |
| You may mail these to: | Shelter Insurance<br>P.O. Box 6008<br>Columbia, Missouri<br>65205 6008 |
| or fax to: | 888-742-5671 |

**Other Information**
You may also desire to use or buy higher quality items than you had before.  Your policy, however, does not cover that additional cost.

If your mortgage holder is a payee on this check, please understand that your policy obligates us to add them.

Thank you.  Please call me if you have any questions.

Sincerely,


John Price
Property Adjuster
(615) 778-3975



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

## Roofplan:



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

## Floorplan:

11'3"
3'6"
6'9"
5'
Bathroom
6'6"
Closet
8'
8'
1'5"

Claim DW0000003228915

06/30/2022



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

## Exterior Plan:

Exterior



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Shelter Insurance) | | | | | | Claim #DW0000003228915, NANCY PLUNK | | |
| Completed | | | | | | | | |
| **ROOFPLAN: Roofplan** | | | | | | | | |
| **Roof, Roof 2** | | | | | | | | |
| **Roof area:** 1,786.61 SF **Squares:** 17.9 SQ **Soffit:** 183.85 SF | | | | | | | | |
| **Gutters:** 116.00 LF **Ridge:** 58.00 LF | | | | | | | | |
| 1 Tear Out - Shingles, 3-Tab, Fiberglass 25 YR. | 17.87 | $42.73 | SQ | MAT LAB EQU MKT | Paid | $763.59 | $267.26 | $496.33 |
| 2 Tear Out - Sheathing, Roof Plywood, 5/8" | 96.00 | $0.21 | SF | MAT LAB EQU MKT | Paid | $20.16 | $7.06 | $13.10 |
| 3 Replace - Sheathing, Roof Plywood, 5/8" | 100.80 | $3.39 | SF | MAT LAB EQU MKT | Paid | $341.71 | $119.60 | $222.11 |
| Includes 5% waste on quantity. | | | | | | | | |
| 4 Replace - Felt #30, 30 LB | 17.87 | $21.18 | SQ | MAT LAB EQU MKT | Paid | $378.50 | $132.48 | $246.02 |
| 5 Replace - Shingles, Starter Row, Continuous | 127.60 | $1.55 | LF | MAT LAB EQU MKT | Paid | $197.77 | $69.22 | $128.55 |
| Includes 10% waste on quantity. | | | | | | | | |
| 6 Replace - Shingles, 3-Tab, Fiberglass 25 YR. | 19.66 | $194.60 | SQ | MAT LAB EQU MKT | Paid | $3,825.83 | $1,339.04 | $2,486.79 |
| Includes 10% waste on quantity. | | | | | | | | |
| 7 Replace - Ridge Shingles Fiberglass | 60.90 | $2.04 | LF | MAT LAB EQU MKT | Paid | $124.24 | $43.48 | $80.76 |
| Includes 5% waste on quantity. | | | | | | | | |
| 8 Tear Out - Roof Vent, Turbine Medium | 2 | $8.31 | EA | MAT LAB EQU MKT | Paid | $16.62 | $5.82 | $10.80 |
| 9 Replace - Roof Vent, Turbine Medium | 2 | $104.72 | EA | MAT LAB EQU MKT | Paid | $209.44 | $73.30 | $136.14 |
| 10 Tear Out - Roof Vent, Static, Box/Turtle, Aluminum | 3 | $9.33 | EA | MAT LAB EQU MKT | Paid | $27.99 | $9.80 | $18.19 |
| 11 Replace - Roof Vent, Static, Box/Turtle, Aluminum | 3 | $46.75 | EA | MAT LAB EQU MKT | Paid | $140.25 | $49.09 | $91.16 |
| 12 Rem/Reset - Satellite Dish, Mini | 1 | $61.83 | EA | | Paid | $61.83 | $0.00 | $61.83 |



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Shelter Insurance) | | | | | | Claim #DW0000003228915, NANCY PLUNK | | |
| Completed | | | | | | | | |
| 13 Satellite Dish, Recalibrate | 1 | $99.60 | EA | | Paid | $99.60 | $0.00 | $99.60 |
| 14 Tear Out - Fascia, Aluminum 8" | 70.00 | $0.28 | LF | MAT LAB EQU MKT O&P TAX | Paid | $19.60 | $1.96 | $17.64 |
| 15 Replace - Fascia, Aluminum 8" | 73.50 | $3.94 | LF | MAT LAB EQU MKT O&P TAX | Paid | $289.59 | $28.96 | $260.63 |
| Includes 5% waste on quantity. | | | | | | | | |
| 16 Tear Out - Fascia, Wood Pine 1" x 8" | 40.00 | $0.66 | LF | MAT LAB EQU MKT O&P TAX | Paid | $26.40 | $6.60 | $19.80 |
| 17 Replace - Fascia, Wood Pine 1" x 8" | 42.00 | $5.67 | LF | MAT LAB EQU MKT O&P TAX | Paid | $238.14 | $59.54 | $178.60 |
| Includes 5% waste on quantity. | | | | | | | | |
| 18 Tear Out - Soffit, Vinyl | 31.14 | $0.25 | SF | MAT LAB EQU MKT O&P TAX | Paid | $7.79 | $0.78 | $7.01 |
| 19 Replace - Soffit, Vinyl | 32.70 | $3.60 | SF | MAT LAB EQU MKT O&P TAX | Paid | $117.72 | $11.77 | $105.95 |
| Includes 5% waste on quantity. | | | | | | | | |
| **Roof, Roof 2 - Subtotal** *(19 items)* | | | | | | **$6,906.77** | **$2,225.76** | **$4,681.01** |

| | | | |
|---|---|---|---|
| **Roofplan - Subtotal** *(19 items)* | **$6,906.77** | **$2,225.76** | **$4,681.01** |

**FLOORPLAN: Floorplan**

**Bathroom**

| | | | |
|---|---|---|---|
| **Length:** 6'9" | **Width:** 5' | **Height:** 8' Flat | |
| **Walls:** 188.00 SF | **Walls-subs:** 170.22 SF | **Walls-subs-cas-bsbd:** 159.47 SF | |
| **Doors:** 17.78 SF | **Windows:** 0.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF |
| **Floor:** 33.75 SF | **Ceiling:** 33.75 SF | **Perim (F):** 20.25 LF | **Perim (C):** 23.50 LF |

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 20 Rem/Reset - Ceiling Fixture Very Good | 1 | $45.50 | EA | | Paid | $45.50 | $0.00 | $45.50 |
| 21 Content Manipulation, Per Hour | 1 | $47.31 | HR | | Paid | $47.31 | $0.00 | $47.31 |
| 22 Floor, Cover & Protect | 33.75 | $0.16 | SF | | Paid | $5.40 | $0.00 | $5.40 |
| 23 Minimum Charge, Insulation | 1 | $225.04 | LS | | Paid | $225.04 | $0.00 | $225.04 |
| 24 Minimum Charge, Drywall 2 Trips | 1 | $456.76 | LS | | Paid | $456.76 | $0.00 | $456.76 |
| 25 Prep & Mask For Painting (SF) | 159.47 | $0.23 | SF | | Paid | $36.67 | $0.00 | $36.67 |



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Shelter Insurance) | | | | | | Claim #DW0000003228915, NANCY PLUNK | | |
| Completed | | | | | | | | |
| **Bathroom(con't)** | | | | | | | | |
| 26 Prime & Paint - Drywall/Plaster Ceiling | 33.75 | $1.14 | SF | MAT LAB EQU MKT O&P TAX | Paid | $38.47 | $3.85 | $34.62 |
| 27 Prime & Paint - Drywall/Plaster Wall | 159.47 | $0.95 | SF | MAT LAB EQU MKT O&P TAX | Paid | $151.49 | $15.15 | $136.34 |
| **Bathroom - Subtotal** *(8 items)* | | | | | | **$1,006.64** | **$19.00** | **$987.64** |

**Closet**

**Length:** 3'6" **Width:** 6'6" **Height:** 8' Flat
**Walls:** 160.00 SF **Walls-subs:** 142.22 SF **Walls-subs-cas-bsbd:** 132.50 SF
**Doors:** 17.78 SF **Windows:** 0.00 SF **Openings:** 0.00 SF **Missing Walls:** 0.00 SF
**Floor:** 22.75 SF **Ceiling:** 22.75 SF **Perim (F):** 16.75 LF **Perim (C):** 20.00 LF

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 28 Content Manipulation, Per Hour | 2 | $47.31 | HR | | Paid | $94.62 | $0.00 | $94.62 |
| 29 Floor, Cover & Prtect | 22.75 | $0.16 | SF | | Paid | $3.64 | $0.00 | $3.64 |
| 30 Prep & Mask For Painting (SF) | 132.50 | $0.23 | SF | | Paid | $30.48 | $0.00 | $30.48 |
| 31 Prime & Paint - Drywall/Plaster Ceiling | 22.75 | $1.14 | SF | MAT LAB EQU MKT O&P TAX | Paid | $25.93 | $2.59 | $23.34 |
| **Closet - Subtotal** *(4 items)* | | | | | | **$154.67** | **$2.59** | **$152.08** |
| **Floorplan - Subtotal** *(12 items)* | | | | | | **$1,161.31** | **$21.59** | **$1,139.72** |

**EXTERIOR PLAN: Exterior Plan**

**Exterior Plan**

**Exterior:** 0.00 SF
**Subtractions:** 0.00 SF

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **Exterior Plan - Subtotal** *(6 items)* | | | | | | **$0.00** | **$0.00** | **$0.00** |
| **Exterior** | | | | | | | | |
| 32 Tear Out - Siding, Vinyl, Lap Very Good | 20.00 | $0.47 | SF | MAT LAB EQU MKT O&P TAX | Paid | $9.40 | $0.94 | $8.46 |
| 33 Replace - Siding, Vinyl, Lap Very Good | 22.00 | $2.44 | SF | MAT LAB EQU MKT O&P TAX | Paid | $53.68 | $5.37 | $48.31 |



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

| Description | Quantity | Unit Price | Per | Dep. Appl. | Paid | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Shelter Insurance) | | | | | | Claim #DW0000003228915, NANCY PLUNK | | |
| Completed | | | | | | | | |
| Includes 10% waste on quantity. | | | | | | | | |
| 34 Tear Out - Telephone Pole | 1 | $140.59 | EA | MAT LAB EQU MKT O&P TAX | Paid | $140.59 | $35.15 | $105.44 |
| 35 Replace - Telephone Pole | 1 | $693.21 | EA | MAT LAB EQU MKT O&P TAX | Paid | $693.21 | $173.30 | $519.91 |
| 36 Tear Out - Electrical Service, Exterior | 1 | $35.61 | EA | MAT LAB EQU MKT O&P TAX | Paid | $35.61 | $8.90 | $26.71 |
| 37 Replace - Electrical Service, Exterior | 1 | $893.07 | EA | MAT LAB EQU MKT O&P TAX | Paid | $893.07 | $223.27 | $669.80 |
| **Exterior - Subtotal** *(6 items)* | | | | | | **$1,825.56** | **$446.93** | **$1,378.63** |
| **Exterior Plan - Subtotal** *(6 items)* | | | | | | **$1,825.56** | **$446.93** | **$1,378.63** |



**Shelter Insurance**
PO Box 6008
Columbia, MO 65205-6008
Fax: 888-742-5671

ESTIMATE: Structure (Shelter Insurance) — Claim #DW0000003228915, NANCY PLUNK

Completed

| | |
|---|---|
| Total Materials: | $4,159.27 |
| Total Labor: | $5,550.35 |
| Total Equipment: | $184.02 |
| **Subtotal:** | **$9,893.64** |
| Sales Tax 9.750% (applies to materials only): | $405.51 |
| **Replacement Cost Value:** | **$10,299.15** |
| Replacement Cost on Coverage TRAILER/EC: | $10,299.15 |
| Less Non-Recoverable Depreciation: | $(2,724.36) |
| **Net Actual Cash Value on Coverage TRAILER/EC:** | **$7,574.79** |
| Coverage TRAILER/EC Deductible ($1,000.00) applied: | $(1,000.00) |
| Net Actual Cash Value on Coverage TRAILER/EC after Deductible: | $6,574.79 |
| **Amount Payable on Coverage TRAILER/EC:** | **$6,574.79** |
| **Net Estimate:** | **$6,574.79** |
| **Net Estimate if Depreciation Is Recovered:** | **$6,574.79** |

Finalization



**P&G Construction Consultants LLC**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S EXHIBIT 3

Insured: Nancy Plunk
Home: 142 Old Bells Loop
Jackson, TN 38305

**Claim Number:** **Policy Number:** **Type of Loss:**

Date of Loss: Date Received:
Date Inspected: Date Entered: 6/17/2022 10:07 AM

Price List: TNJA8X_AUG22
Restoration/Service/Remodel
Estimate: NANCY_FINAL_FINAL



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**PLUNK_NANCY**

**Roof**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Phase 1 - Roof Removal / Deck Sheathing / Dry-In** | | | |
| 1. Remove Ridge cap - composition shingles | 58.00 LF @ | 1.71 = | 99.18 |
| 2. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 18.05 SQ @ | 87.40 = | 1,577.57 |
| Trade selection "RFG" has been selected for tear off as this is the correct tradesman due to professional roofers tearing off the roofing material for this project. One crew is utilized for complete removal and replacement. Workers within any one crew have a wide range of skill levels and hourly pay. There are also required skills for roofers that a general demolition laborer does not have (such as the skill needed to carefully remove flashing that is attached to masonry or stucco or the skill needed to stack and use tools and materials up off the ground). | | | |
| 3. R&R Sheathing - plywood - 1/2" CDX | 1,805.00 SF @ | 3.26 = | 5,884.30 |
| 4. R&R Batt insulation - 10" - R30 - paper / foil faced | 1,805.00 SF @ | 1.93 = | 3,483.65 |
| 5. Replace Carpenter - General Framer - per hour | 4.00 HR @ | 61.92 = | 247.68 |
| 6. Replace Roofing felt - 30 lb. | 19.65 SQ @ | 28.25 = | 555.11 |
| 7. R&R Drip edge | 300.00 LF @ | 2.67 = | 801.00 |
| 8. R&R Roof vent - turtle type - Metal | 3.00 EA @ | 60.98 = | 182.94 |
| 9. R&R Roof vent - turbine type | 2.00 EA @ | 113.03 = | 226.06 |
| Phase 3 - Roof Covering System Replacement | | | |
| 10. Replace 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 19.67 SQ @ | 180.37 = | 3,547.88 |
| 11. Replace Asphalt starter - universal starter course | 127.60 LF @ | 1.39 = | 177.36 |
| 12. Replace Ridge cap - composition shingles | 60.90 LF @ | 3.21 = | 195.49 |
| **Phase 5 - Electric Special System Remove and Install** | | | |
| 13. Digital satellite system - Detach & reset | 1.00 EA @ | 34.16 = | 34.16 |
| 14. Digital satellite system - alignment and calibration only | 1.00 EA @ | 102.48 = | 102.48 |
| 15. Television antenna - Detach & reset | 1.00 EA @ | 94.87 = | 94.87 |

**Hot Water Heater Shed Connected To House**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 16. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 0.97 SQ @ | 87.40 = | 84.78 |
| 17. Replace 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 1.33 SQ @ | 180.37 = | 239.89 |
| 18. Replace Asphalt starter - universal starter course | 16.00 LF @ | 1.39 = | 22.24 |
| 19. Remove Ridge cap - composition shingles | 8.00 LF @ | 1.71 = | 13.68 |
| 20. Replace Ridge cap - composition shingles | 8.00 LF @ | 3.21 = | 25.68 |
| 21. Replace Roofing felt - 30 lb. | 1.25 SQ @ | 28.25 = | 35.31 |
| 22. R&R Drip edge | 26.00 LF @ | 2.67 = | 69.42 |
| 23. Roofer - per hour | 2.00 HR @ | 79.00 = | 158.00 |
| 24. Bid Item-P&G Detach and reset to access siding | 1.00 EA @ | 1,375.00 = | 1,375.00 |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**Exterior**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 25. R&R Fascia - 1" x 8" - #1 pine | 60.00 LF @ | 8.40 = | 504.00 |
| 26. R&R Rafters - 2x4 - stick frame roof (using rafter length) | 50.00 LF @ | 3.83 = | 191.50 |
| This is to replace rafters on left front elevation | | | |
| 27. R&R Batt insulation replacement per LF - 4" - up to 2' tall | 50.00 LF @ | 3.21 = | 160.50 |
| 28. R&R Fascia - metal - 8" | 190.00 LF @ | 5.98 = | 1,136.20 |
| 29. R&R Soffit - vinyl | 190.00 SF @ | 5.42 = | 1,029.80 |
| 30. R&R Siding - vinyl | 1,584.00 SF @ | 4.08 = | 6,462.72 |
| 31. R&R Rigid foam insulation board - 1" | 1,584.00 SF @ | 1.23 = | 1,948.32 |
| 32. R&R Wrap wood window frame & trim with aluminum sheet | 10.00 EA @ | 199.74 = | 1,997.40 |
| 33. R&R Patio/pool Enclosure - Rescreen | 200.00 SF @ | 1.50 = | 300.00 |
| repair where screen damaged by tree limb.... | | | |
| 34. R&R Lattice work | 120.00 SF @ | 4.58 = | 549.60 |
| this is to replace lattice under pinning front right elevation porch and side | | | |
| 35. R&R Batt insulation - 10" - R30 - paper / foil faced | 1,965.00 SF @ | 1.93 = | 3,792.45 |
| line item to replace damaged insulation under home from front elevation open due to underpinning gone from storm | | | |
| 36. R&R Aluminum fence, 3' - 4' high | 20.00 LF @ | 37.91 = | 758.20 |
| line item to replace fence damaged by fallen tree | | | |
| 37. R&R Wood fence 5'- 6' high - cedar or equal | 20.00 LF @ | 38.47 = | 769.40 |
| this line item is to replace privacy fence tree fell on. see Trees on privacy face entry. | | | |
| 38. Bid Item- electric fence on chainlink perimeter damaged by tree | 1.00 EA @ | 750.00 = | 750.00 |
| line item is to repace the stand of electric fence that is installed inside the chainlink around the perimeter. | | | |
| 39. Natural gas service line | 30.00 LF @ | 10.50 = | 315.00 |
| natural gas line damaged by tree. | | | |
| 40. Replace Fencing Installer - per hour | 40.00 HR @ | 37.51 = | 1,500.40 |
| 2 guys for 20 hours each to install electric underground dog fence, electric wire around interior of chain link fence and chain link repair. | | | |
| 41. Bid Item- Remove and Replace Telephone Pole | 1.00 EA @ | 3,500.00 = | 3,500.00 |
| bid to remove and replace Telephone pole with 20' wood pole and all equipment to complete job. | | | |

**Interior**

**Detached Builings**

**double garage**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 42. Remove Metal roofing | 384.00 SF @ | 0.87 = | 334.08 |
| 43. Replace Metal roofing | 422.00 SF @ | 4.96 = | 2,093.12 |
| 44. R&R 2" x 4" lumber (.667 BF per LF) | 384.00 LF @ | 3.22 = | 1,236.48 |

 **P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vana Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**garage**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 45. Remove Metal roofing | 230.40 | SF @ | 0.87 = | 200.45 |
| 46. Replace Metal roofing | 254.00 | SF @ | 4.96 = | 1,259.84 |
| 47. R&R 2" x 4" lumber (.667 BF per LF) | 216.00 | LF @ | 3.22 = | 695.52 |

**single garge**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 48. Remove Metal roofing | 164.98 | SF @ | 0.87 = | 143.53 |
| 49. Replace Metal roofing | 181.48 | SF @ | 4.96 = | 900.14 |
| 50. R&R 2" x 4" lumber (.667 BF per LF) | 154.00 | LF @ | 3.22 = | 495.88 |

**Main Level**

**Bathroom** — **Height: 8'**

**Subroom: Stairs (1)** — **Height: 9' 2"**

**Missing Wall** — **3' X 9' 2 3/8"** — **Opens into BATHROOM**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 51. R&R Fiberglass reinforced plastic (FRP) paneling w/trim | 177.63 | SF @ | 7.09 = | 1,259.39 |
| 52. R&R 1/4" drywall - vinyl coated w/seam battens - mobile home | 26.04 | SF @ | 3.77 = | 98.17 |
| 53. R&R Batt insulation - 10" - R30 - unfaced batt | 177.63 | SF @ | 1.83 = | 325.06 |
| 54. Apply biological cleaning agent (spore-based) to the walls and ceiling | 203.68 | SF @ | 0.34 = | 69.25 |
| 55. R&R Quarter round - 3/4" | 22.00 | LF @ | 1.89 = | 41.58 |
| 56. Finish base shoe or quarter round - 1 coat urethane | 25.22 | LF @ | 0.64 = | 16.14 |
| 57. Replace Light fixture - Detach & reset | 1.00 | EA @ | 45.61 = | 45.61 |
| 58. Bathtub - Detach & reset | 1.00 | EA @ | 485.56 = | 485.56 |
| 59. Toilet - Detach & reset | 1.00 | EA @ | 208.61 = | 208.61 |
| 60. Clean floor | 30.77 | SF @ | 0.41 = | 12.62 |
| 61. Detach & Reset Shower faucet | 1.00 | EA @ | 66.19 = | 66.19 |
| 62. Detach & Reset Shower curtain rod | 1.00 | EA @ | 14.56 = | 14.56 |
| 63. Detach & Reset Exhaust fan | 1.00 | EA @ | 165.32 = | 165.32 |
| 64. Detach & Reset Closet Organizer - Melamine | 3.00 | LF @ | 49.36 = | 148.08 |
| 65. Contents - move out then reset - Small room | 1.00 | EA @ | 40.58 = | 40.58 |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**Double Sink** — **Height: 8'**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 66. R&R 1/4" drywall - vinyl coated w/seam battens - mobile home | 32.95 SF @ | 3.77 = | 124.22 |
| 67. Apply biological cleaning agent (spore-based) to the walls and ceiling | 216.95 SF @ | 0.34 = | 73.76 |
| 68. R&R Quarter round - 3/4" | 22.00 LF @ | 1.89 = | 41.58 |
| 69. Finish base shoe or quarter round - 1 coat urethane | 23.00 LF @ | 0.64 = | 14.72 |
| 70. Replace Light fixture - Detach & reset | 1.00 EA @ | 45.61 = | 45.61 |
| 71. Protect - Cover with plastic | 33.75 SF @ | 0.34 = | 11.48 |
| 72. Clean floor | 32.95 SF @ | 0.41 = | 13.51 |
| 73. Contents - move out then reset - Small room | 1.00 EA @ | 40.58 = | 40.58 |

**Master Bedroom** — **Height: 8'**

**Subroom: Master Closet (1)** — **Height: 8'**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 74. R&R 1/4" drywall - vinyl coated w/seam battens - mobile home | 228.07 SF @ | 3.77 = | 859.83 |
| 75. Apply biological cleaning agent (spore-based) to the walls and ceiling | 864.07 SF @ | 0.34 = | 293.78 |
| 76. R&R Batt insulation - 10" - R30 - unfaced batt | 636.00 SF @ | 1.83 = | 1,163.88 |
| 77. Paint the ceiling - two coats | 228.07 SF @ | 1.01 = | 230.35 |
| 78. R&R Paneling-remove and replace | 636.00 SF @ | 2.49 = | 1,583.64 |
| 79. Seal & paint paneling | 636.00 SF @ | 1.23 = | 782.28 |
| 80. Protect - Cover with plastic | 636.00 SF @ | 0.34 = | 216.24 |
| 81. R&R Quarter round - 3/4" | 79.50 LF @ | 1.89 = | 150.26 |
| 82. Finish base shoe or quarter round - 1 coat urethane | 79.50 LF @ | 0.64 = | 50.88 |
| 83. Replace Light fixture - Detach & reset | 2.00 EA @ | 45.61 = | 91.22 |
| 84. Clean floor | 228.07 SF @ | 0.41 = | 93.51 |
| 85. Contents - move out then reset - Large room | 1.00 EA @ | 81.09 = | 81.09 |

**Office** — **Height: 8'**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 86. R&R 1/4" drywall - vinyl coated w/seam battens - mobile home | 106.53 SF @ | 3.77 = | 401.62 |
| 87. Apply biological cleaning agent (spore-based) to the walls and ceiling | 437.19 SF @ | 0.34 = | 148.64 |
| 88. R&R Quarter round - 3/4" | 41.33 LF @ | 1.89 = | 78.12 |
| 89. Finish base shoe or quarter round - 1 coat urethane | 41.33 LF @ | 0.64 = | 26.45 |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**CONTINUED - Office**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 90. Paint the ceiling - two coats | 106.53 SF @ | 1.01 = | 107.60 |
| 91. Protect - Cover with plastic | 437.19 SF @ | 0.34 = | 148.64 |
| 92. R&R Paneling-remove and replace | 330.67 SF @ | 2.49 = | 823.36 |
| 93. Seal & paint paneling | 330.67 SF @ | 1.23 = | 406.72 |
| 94. R&R Batt insulation - 10" - R30 - unfaced batt | 330.67 SF @ | 1.83 = | 605.12 |
| 95. Apply biological cleaning agent (spore-based) to the walls and ceiling | 437.19 SF @ | 0.34 = | 148.64 |
| 96. Replace Light fixture - Detach & reset | 1.00 EA @ | 45.61 = | 45.61 |
| 97. Clean floor | 106.53 SF @ | 0.41 = | 43.68 |
| 98. Contents - move out then reset - Large room | 1.00 EA @ | 81.09 = | 81.09 |

**General Conditions**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 99. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA @ | 1,114.00 = | 1,114.00 |
| 1% of job cost. | | | |
| 100. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA @ | 613.43 = | 1,226.86 |
| this line item is for debri removal for the roof and siding.... | | | |
| 101. R&R Sheathing - OSB - 1/2" | 128.00 SF @ | 2.30 = | 294.40 |
| Plywood is for placement under dumpster to pervent damage to driveway. | | | |
| 102. Residential Supervision / Project Management - per hour | 8.00 HR @ | 63.14 = | 505.12 |
| Day 1-inspect roofing materials make sure they all have the same lotnumber, supervise the siding installers that will be removing the siding to properly install L flashing/head wall flashing and step flashing.<br>Day 2- supervise the roofing crew, do Osha safety checklist and inspections, post permits and manufacturers installation procedures in temporary job box, make sure tarps are placed out- inspection with building inspector of the decking and installation of flashing and ice and water shieild.<br>Day 3- supervise exterior clean up and painter. | | | |
| 103. Replace HVAC Technician - per hour | 8.00 HR @ | 89.58 = | 716.64 |
| line item for the removal of damaged gas tank and line service. | | | |
| 104. Replace Siding Installer - per hour | 40.00 HR @ | 73.81 = | 2,952.40 |
| Ad exterior veneer tradesman will be removing the siding, vapor barrier, and fiber board-10 hour per elevation-10 hours per tradesman 4 elevations total of 40 hours to install the exterior veneer on the house. | | | |
| 105. Replace Carpenter - General Framer - per hour | 20.00 HR @ | 61.92 = | 1,238.40 |
| carpenter to stick build rafters and facial boards and general carpentry... | | | |
| 106. Electrician - per hour | 8.00 HR @ | 85.24 = | 681.92 |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**CONTINUED - General Conditions**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| to unhook electrical to perform construction in master bathroom where breaker box is located. | | | |
| 107. Plumber - per hour | 8.00 HR @ | 95.14 = | 761.12 |
| to detach and reset toilet and any other plumbing needed. | | | |
| 108. Painter - per hour | 8.00 HR @ | 70.90 = | 567.20 |
| painter per hour to paint all trim, paneling, window trim, corners, hand rail, post and door trim 1, 8 hour day. | | | |
| 109. Job-site moving/storage container - 20' long - per month | 1.00 MO @ | 205.00 = | 205.00 |
| this is to store home contents while construction is completed. | | | |
| 110. Delivery charge (Bid Item) | 2.00 EA @ | 125.00 = | 250.00 |
| Pickup is 125.00 and drop off 125.00 of storage container. | | | |
| 111. General Laborer - per hour | 96.00 HR @ | 36.83 = | 3,535.68 |
| 3 people, 8 hours for 2 days to pack out home into storage container.<br>3 people, 8 hours for 2 days to unpack storage container. | | | |

**Emergency Services**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 112. Roofer - per hour | 8.00 HR @ | 79.00 = | 632.00 |
| this line item is for 2 roofers for 2 hours each to emergency tarp the roof before tree was removed and 2 roofers for 2 hours after tree was removed to protect the property from further damage... | | | |
| 113. Replace Tarp - all-purpose poly - per sq ft (lab/mat) - after hrs | 400.00 SF @ | 0.96 = | 384.00 |
| 2 roofers tarped roof after storm.. 2 roofers went back after emergency tree removal to tarp where roof damaged by tree | | | |
| 114. Replace Emergency service call - after business hours | 1.00 EA @ | 259.48 = | 259.48 |
| **See Attached Emergency Service Invoice** | | | |
| 115. Bid item- temp underpinning repairs-performed by homeowner | 1.00 EA @ | 1,000.00 = | 1,000.00 |
| temporary underpinning to protect mobil home from further damage | | | |
| 116. Bid Item For Emergency Tree Removal and temp repairs | 1.00 EA @ | 11,127.50 = | 11,127.50 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 117. Finish hardware labor minimum | 1.00 EA @ | 116.24 = | 116.24 |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,328.30 | SF Walls | 393.59 | SF Ceiling | 1,721.89 | SF Walls and Ceiling |
| 398.32 | SF Floor | 44.26 | SY Flooring | 169.05 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 168.83 | LF Ceil. Perimeter |
| 398.32 | Floor Area | 442.67 | Total Area | 1,315.33 | Interior Wall Area |
| 1,465.04 | Exterior Wall Area | 119.92 | Exterior Perimeter of Walls | | |
| 2,708.78 | Surface Area | 27.09 | Number of Squares | 421.69 | Total Perimeter Length |
| 103.96 | Total Ridge Length | 0.00 | Total Hip Length | | |



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

## Summary

| | |
|---|---:|
| Line Item Total | 91,850.65 |
| Material Sales Tax | 2,311.90 |
| Storage Rental Tax | 19.99 |
| Subtotal | 94,182.54 |
| Overhead | 13,489.96 |
| Profit | 8,993.25 |
| **Replacement Cost Value** | **$116,665.75** |
| **Net Claim** | **$116,665.75** |





319 Vann Drive
Suite E-21
Jackson, Tennessee 38305
931-704-0511
E.pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT
4

# EMERGENCY TREE SERVICE WORK AUTHORIZATION

This agreement for emergency services is made effective **06/8/2022** BETWEEN: Nancy Plunk at address 147 Old Bells Loop AND, P&G Construction Consultants, LLC, arising from windstorm: Our service minimum includes full site assessment of risks (underground utilities, etc. We perform ground probing where necessary, ingress/egress martinets.

## EMERGENCY TREE WORK

| LIST EQUIPMENT | LIST OF PERSONNEL |
|---|---|
| Skid steer | Supervisor |
| Bucket Truck | Bucket Operator |
| Service Truck | Climber |
| Dump Trailer | Skid Steer Operator |
| Dump Truck | Sawyer |
| Stump Grinder | Spotter / Driver |
| | Rigger / Laborer |

**SERVICE VISIT NOTES:** Service required a bucket Truck. Support truck, implements, skid steer w/ support truck, Crew Truck, Dump Truck, trailer, Skid implements, and a crew of 7. All work procedures, personnel, PPE, and equipment OSHA compliant. *
***Emergency Tree Related Call** -An administration and assessment fee for initial consult: $ 350.00
***Emergency RoofTarps** - Performed 6/8/22 and 6/18/22 (275 ea): $ 550.00

**POINTS OF HOME IMPACT NOTES:**
Once first barrier impact 1 was removed, tree was removed in 3 sections. After impact 1 was removed, barriers to impact 2 were removed in multiple lifts. Impact 2 removed in 2 pieces to avoid further damage to the home and fence. Inspection of crawlspace revealed structural movement.

**OTHER STRUCTURE IMPACT NOTES:**
Impact 1 removed in multiple lifts to avoid damage to shop and personal property. Difficult access/ extensive labor. Weather stopped debris removal operations. (Pending)

**Labor** - (Min. rate **$1,275.00/hr** Lab/Equip) Tree industry laborer trained and properly equipped with required tools and PPE. Total accumulative Labor/Equip cost: $ 6,400.00

**DEBRIS HAULING**
Hauling of debris - Moving and placing tree debris for final disposal. Includes all labor, equipment, and other charges associated with this service.

| | |
|---|---|
| Total Tree Removal: | $ 6,400,00 |
| Total Debris Removal: | $3,827.50 |
| **Total Due:** | **$11,127.50** |

**NANCY PLUNK** (Accepted) 6-8-22 **DATE**

Please Mail Payments To:
P&G Construction Consultants
319 Vann Drive Suite E-21
Jackson, TN 38305



PLAINTIFF'S
EXHIBIT
COLL 5

**From:** P+G Construction Consultants <pandgconstructionconsultants@gmail.com>
**Sent:** Thursday, September 15, 2022 7:49 PM
**To:** John Price <JPrice@ShelterInsurance.com>
**Cc:** nancyplunk@yahoo.com
**Subject:** [EXTERNAL] DW0000003228915

Mr. Price,

Please see attached estimate and supporting documentation for the aforementioned claim number.

We are ready to begin the restoration process in the next five days, so let me know if we need a reinspection as it seems her damages far exceed her coverage amounts at this point.

Thanks

---

**Nancy Plunk** <nancyplunk@yahoo.com> Wed, Sep 28, 2022 at 9:09 AM
To: William Griffin <william@griffinlossconsultants.com>, "chadhearn.acc@gmail.com" <chadhearn.acc@gmail.com>

----- Forwarded Message -----
**From:** John Price <jprice@shelterinsurance.com>
**To:** P+G Construction Consultants <pandgconstructionconsultants@gmail.com>
**Cc:** nancyplunk@yahoo.com <nancyplunk@yahoo.com>; Claims Documents <claimsdocuments@shelterinsurance.com>; Pamela Schmidt <pschmidt@shelterinsurance.com>
**Sent:** Tuesday, September 27, 2022 at 04:27:13 PM CDT
**Subject:** RE: [EXTERNAL] DW0000003228915

Mr. Griffin,

Ms. Plunk's Dwelling policy pays for damage to the structure and fence, which necessarily requires removing potions of the tree from the house itself and the fence to make the repairs, but not to remove the other portions of the tree unless other coverage provisions apply. Removing the portions of the tree from the house and fence to make the repairs will be paid under the applicable limit, reducing the amount left for repairs.

The photos you provided show that a large portion of the tree was still standing after this loss. There is no specific coverage to cut down trees that were damaged by wind and as such, we cannot assist with this portion of the tree.

The policy does allow $500 in the aggregate to remove the remains of the trees that damaged covered property due to wind. The policy states:

DEBRIS REMOVAL COVERAGES
WHAT WE INSURE UNDER THESE COVERAGES

***

2. OTHER PROPERTY COVERAGE

We cover the reasonable cost, up to $500 in the aggregate, that

---



William Griffin <william@gri

**Fw: [EXTERNAL] DW0000003228915**
2 messages

**Nancy Plunk** <nancyplunk@yahoo.com> Tue, Sep 20, 2022 at 7:38 AM
To: William Griffin <william@griffinlossconsultants.com>, "chadhearn.acc@gmail.com" <chadhearn.acc@gmail.com>

----- Forwarded Message -----
**From:** John Price <jprice@shelterinsurance.com>
**To:** P+G Construction Consultants <pandgconstructionconsultants@gmail.com>
**Cc:** nancyplunk@yahoo.com <nancyplunk@yahoo.com>; Claims Documents <claimsdocuments@shelterinsurance.com>
**Sent:** Tuesday, September 20, 2022 at 07:19:24 AM CDT
**Subject:** RE: [EXTERNAL] DW0000003228915

Mr. Griffin,

Please break down the tree invoice. The policy will cover getting the tree off the mobile home and the fences but not taking down the tree that was still standing or removing the limbs that fell on the ground and did not damage covered property. Also, we have sent an assignment to an engineer to come out and inspect the property to determine if there is any structural damage that we missed during our inspection.

Thank you,

John Price, AIC

Shelter Insurance

Property Adjuster

Phone: 731-439-7665

Text: 615-778-3975

Fax: 888-742-5671



 Gmail **Construction Consultants <pandgconstructionconsultants@gmail.com>**

## 147 Old Bells Loop

1 message

**P+G Construction Consultants** <pandgconstructionconsultants@gmail.com> Wed, Sep 28, 2022 at 7:46 AM
To: j.pirtle@jpse-structural.com
Bcc: nancyplunk@yahoo.com

See attached

PLAINTIFF'S
EXHIBIT
Pirtle Saw Photos

**AssessmentPending.pdf**
14734K



 SHELTER MUTUAL
SHELTER GENERAL

October 19, 2022

Nancy Plunk
550 Catfish Ln
Crump TN 38327-3749

RE: Claim Number: DW3228915
Date of Loss: 05-26-2022
Insured: Plunk, Nancy R

Dear Ms Plunk:

We are in receipt of your October 1, 2022 demand for appraisal. To clarify, the appraisal provision of your Shelter Dwelling Policy (Policy No. 41-73-10179681-1) with Amendatory Endorsement (Form B-109.1-B) states,

> APPRAISAL
> If **you** and **we** fail to agree on **the market value, total restoration cost, actual cash value**, or amount of **loss**, as may be required in the applicable policy provision, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **described premises** is located to select an umpire.
>
> The appraisers shall then appraise the **loss**, stating separately the **market value, total restoration cost, actual cash value**, or **loss**, to each item as may be required in the applicable policy provision. If the appraisers submit a written report of an agreement to **us**, the amount agreed upon shall be the **market value, total restoration cost, actual cash value**, or amount of **loss** as may be required in the applicable policy provision. If they cannot agree, they will submit their differences to the umpire. A written award by two will determine the **market value, total restoration cost, actual cash value**, or amount of **loss**. Each party will pay the appraiser it chooses, and equally pay expenses for the umpire and all other expenses of the appraisal.

We also received an estimate from P&G Construction that contains additional items than the estimate we prepared. In order to determine whether there is a dispute over any covered loss, we will need to investigate the additional claims set forth on the P&G Construction estimate. Thus, before we can move forward on your request for appraisal, we are asking for the following information which is needed to assist in our investigation:

- Please confirm whether the P&G Construction estimate represents the claim that you are making to Shelter Insurance from the May 26, 2022 event.
- If you are making your claim based upon the P&G Construction estimate, we ask that you complete the enclosed Proof of Loss for both your structure damage and any damaged personal property.
- William Griffin has contacted us on your behalf. Please let us know Mr. Griffin's role in this claim, if any.
- Provide any contracts related to this claim, including but not limited to any contract with P&G Construction and/or William Griffin.
- Provide any available photos of the damages you are claiming.
- Provide any available receipts or invoices for charges that you incurred due to this loss.

Once we have completed our investigation, we will let you know about our position on your demand for appraisal.

Sincerely,


John Price
Claims Department
Phone:    615-7783975
Fax:      888-742-5671
Email:    JPrice@ShelterInsurance.com


cc:

PLAINTIFF'S EXHIBIT 7

Claim External Inbox

Nancy Plunk <nancyplunk@yahoo.com>
to John, MARY, me

*Mr. Price,*

*Respectfully, my contractor and I have been trying to contact you to get this resolved for months. I have already submitted a detailed invoice for the work that was done and an estimate from a highly regarded contractor to you around the first week of June. To date, I have only received appx six thousand dollars that won't even cover the tree work.*

*I did get a visit from your engineer on September 28th. He walked around my property for over an hour taking pictures but never really inspected or investigated anything regarding my damaged property, nor did he advise on how my property would be fixed. He did not even get under the house to verify what we told him about the trailer moving when the tree fell -- and we still have not heard anything from him or you since that time .... Until now. And, you have not responded to the contractor. After living like this for over five months, I feel I have no other choice than to demand appraisal as the policy stipulates. I have learned that when one party demands appraisal, the other party has no choice other than to participate. We have no coverage dispute only your estimate of appx 10k and my contractor's estimate of over 110k, and that is our dispute on the amount of my loss. You have had more than enough time to complete an investigation of my loss and the time for doing that has long passed.*

*I know my rights and I am exercising them accordingly as the policy dictates and I would really appreciate it if you would do the same without further delay.*

*In regard to your request, here is a reminder of our timeline so far:*

*I opened the claim, you came out to inspect, spent hours looking around, then sent a check that I received around the first of July.*

*Contractor came out and gave me an invoice and an estimate – both of which I forwarded to you.*

*You were sent the invoice, estimate, and photos of everything that was done.*

*I had a claims professional meet with your engineer to discuss and verify what the damages were. However, the engineer stated he was there to "address any concerns we may have" – I still don't quite understand what he did here.*

*I sent the demand per the term in our contract and you have gone several days past the time to name your appraiser under the that contract term. Your request for a proof of loss is irrelevant to my appraisal demand and does not delay the appraisal process. We have a legitimate dispute on the amount of my loss and appraisal will resolve it timely. Everything you have requested from me in your letter has already been provided to you months ago, therefore, I will rely on that same information as my response. As far as my contract with P&G, there is only a verbal, their estimate, and the invoice that I signed and sent to you. Because of the delays and having to live in a damaged home open to the elements, I have hired Mr. Griffin as my Public Adjuster going forward on the claim and you can discuss these matters with him as my work schedule does not allow much leisure time these days.*

*Please name your appraiser by today at 3 pm to avoid any more delays so we can get my property fixed as soon as possible.*

*I would also like to request the following from you:*

*Copy of my policy and endorsement forms*

*All photos you and engineer took of my property during your inspections.*

*Copy of any reports or findings by you and your engineer.*

*Copy of your engineer's license and credentials.*

*Thank you,*

*Nancy R. Plunk*

PLAINTIFF'S EXHIBIT 6

**Report No. 22-363**

# INVESTIGATION
## Engineering Investigation

PLAINTIFF'S EXHIBIT 8

**Nancy Plunk**
**142 Old Bells Loop**
**Jackson, Tennessee**

**For**

**Shelter Insurance**
**Selmer, Tennessee**
**Adjuster: John Price**

**Claim Number: DW3228915**
**Date of Loss: May 26, 2022**

**Project No. VCE 22-363**

**Prepared by:**

**VCE Inc.**
**2604 Foster Avenue**
**Nashville, Tennessee 37210**
**(615) 781-3844**

**October 10, 2022**





PLAINTIFF'S
EXHIBIT
8 falsehood

VCE
INVESTIGATIVE

**FORENSIC INVESTIGATION** **REPORT NO.** 22-363

# REPORT

**NAME OF HOMEOWNER:** Nancy Plunk
**ADDRESS:** 142 Old Bells Loop; Jackson, Tennessee
**TYPE:** Investigation of the residence to determine the extents of damage caused by a limb strike to main home's roof and the south shop's north roof.

Owner was not concerned about anything but getting damages repaired.

**DATE OF LOSS:** 05/26/22 **DATE OF INVESTIGATION:** 09/28/22

**NATURE OF THE CLAIM:** Owner is concerned about the extents of damage caused by a limb that struck the west side of the main home's roof and the south shop's north roof.

This was a tree, not a limb. There were actually 4 trees that struck the dwelling and other structionres

Who filed a complaint?

**REPORT OF INVESTIGATION:** An investigation of the site and circumstances of the complaint was conducted by Jason Pirtle, the investigating engineer, on September 28th in the presence of William Griffin, Ms. Plunk's Independent Adjuster, and Chad Hearn, Ms. Plunk's friend. Photographs and field measurements were taken during the site visit to preserve the site at the time of the investigation. The photos relevant to the report narrative are referred to in this report by photo number. Additional photos taken during the site investigation can be provided upon request. (Refer Page 2)

He does not include any of our relevant photos to deny coverage after we showed him and sent photos

**CONCLUSIONS:** Based on the information gathered during the investigation, **I conclude the limb strike damage to the Main Home and South Shop is confined to the area of impact, as described in the report.** Additional information on the causation of the other damage observed is contained within the report body.

IT WAS TREES - NOT LIMBS THAT STRUCK THE HOUSE AND SHOP AND FENCES

**DATED AT** Nashville, Tennessee

**This** 10th **DAY OF** October, 2022

**INVESTIGATORS:** Mel Jason Pirtle, P.E.

MEL JASON PIRTLE REGISTERED ENGINEER AGRICULTURE COMMERCE STATE OF TENNESSEE

HOW CAN ANYONE INSPECT FOR CAUSATION AND DETERMINE SUCH AFTER TREES ARE REMOVED FIVE MONTHS AFTER THE FACT??

PLAINTIFF'S
EXHIBIT
8 falsehood

REPORT OF INVESTIGATION (continued from Page 1):

Information provided by Homeowner

On or about May 26th, a storm impacted the area at and around Ms. Plunk's home. Ms. Plunk was at home at the time of the event. Ms. Plunk was not present during the site investigation, and the investigating engineer has not been able to talk to her directly concerning the event.

TREES

It is understood the storm caused limbs from a tree, located near the west side of the home, to fall on the Main Home's roof (refer Adjuster Provided Photo 1). Additionally, the storm also caused limbs to fall the roofs located on the north side of the shop (refer Photo 18). Photos of the Main Home taken immediately after the limb strikes occurred, prior to debris removal, were not provided. THE TREES HIT THE STRUCTURES - NOT LIMBS

Weather Information

Photos of the areas prior to debris removal were submitted and he shows them in his report.

A Weather Verification Report obtained from CoreLogic (refer Appendix A) did not record a wind event for the date of loss or any immediately adjacent dates. This indicates wind speeds of 58-mph or greater were not recorded within 3 miles of the Plunk home on the date of loss.

BUT IT DID HAPPEN AS EVIDENCED BY THE TREE DAMAGES AND OTHER GROUND TRUTH AND EYEWITNESSES

Historic weather data, measured at McKellar Sipes Regional Airport (located approximately 5-straight-line miles southwest of Ms. Plunk's home) obtain from Weather Underground for May 26th (https://www.wunderground.com/history/daily/us/tn/jackson/KMKL/date/2022-5-26) indicates maximum sustained winds of 25-mph with gusts of 33-mph (refer Appendix B). Data from May 25th and May 27th (refer Appendix C) showed maximum sustained winds of 16 and 12-mph, respectively, and gust of 25 and 0-mph, respectively.

THIS WOULD NOT BE ADMITTED AS FACT BY ANYONE - FIVE MILES AWAY IS WHAT THIS "INVESTIGATION" IS BASED UPON.

Description of Structures

There are five separate structures at the Plunk property – the Main Home, the North Shop, the South Shop, the North Carport and the South Carport (refer Figure 1). An assessment of the North Shop was not requested or performed.

The Main Home is a single family, one-story, pre-manufactured, double wide home with vinyl siding and a composition shingle roof (refer Figure 1, and Photos 1-7). An addition to the double wide was constructed in the southeast corner, and a pre-manufactured structure used to house the hot water heater was located on the west end of the home. It is unknown when the home was set on the property or when Ms. Plunk purchased the home.

To support the Main Home's first floor, dimensional lumber joists spanned north-to-south across a crawlspace. These joists were supported by a pair of structural steel beams that run the full, east-to-west, length of the home. These steel beam bear on a series of stacked concrete masonry unit (CMU) piers that were spaced along the beams' length. Strap tie-downs were found to be connected to the steel beam's bottom flange. The crawlspace area was enclosed with sheet metal skirting on the majority of the walls with plywood skirting being found on the southeast addition.

HE WOULD NOT EVEN GET UNDER THE EASILY ACCESSIBLE HOME BUT WRITES LIKE HE INSPECTED IT THOROUGHLY.



PLAINTIFF'S
EXHIBIT
8 falsehood

The roof of the Main Home was primarily framed with pre-manufactured wo span from the exterior walls to center beam. The southeast addition was conventionally framed with dimensional lumber joists supported by dimensional lumber beams and a series of wood posts. HOW COULD HE KNOW THIS WHEN HE ADMITS HE DID NOT ACCESS ATTIC

The North and South Shops' exterior walls were constructed of CMU (refer Photos 12-17). The North Shop's roof appeared to be covered with a roll-roofing material, and the South Shop's roof was metal corrugated sheets. The North Shop's interior was not reviewed to determine its roof framing system. The South Shop's roof was framed with dimensional lumber trusses that clear spanned, east-to-west, between the exterior walls.

HE DID NOT DOCUMENT THE TREE DAMAGE AND REMOVAL TO THE REAR OF THE LARGE SHOP.

Lean-to roofs were found on both the north and east sides of the South Shop. The north lean-to roof was supported by dimensional lumber framing that extended from the north exterior CMU wall to a beam bearing on wood posts, on the lean-to's west end, and a dimension lumber wall, on the north lean-to's east end. The west lean-to roof was supported by dimensional lumber framing that spanned between the east shop wall and an exterior CMU wall. THE LEAN-TO BLDG ON THE FAR LEFT WAS DAMAGED BUT NOT ENOUGH COVERAGE WAS AVAILABLE TO CLAIM IT.

Both the North and South Carports (refer Photos 8-11) were framed with dimensional lumber framing supported by dimensional lumber beams. The beams were bearing on a series of wood posts. Both roofs' surfaces were covered with metal roofing sheets.

<u>Observations</u>

During the site visit, the investigators reviewed the conditions of the Main Home from the exterior, the roof surface, within the crawlspace, where it could be safely accessed, and within the home's interior. The South Shop, and both Carports were observed from the interior and exterior.

In addition to visual observations, a two-foot digital laser level (Hammerhead Model HLLT24) was used to determine relative plumbness levelness of objects. Slope readings, as well as, position of the level's bubbles were used to determine conclusions of the general condition of the noted objects.

Additionally, a General Tools Pin-less Moisture Meter (MM8) was used, where needed, to determine the moisture content of the materials, where applicable. This meter gives a relative reading to indicate moistures in the materials. For wood and flooring materials, the meter shows low moisture levels at 14% and below, medium moisture levels at 15 to 17%, and high moisture levels greater than 17%. For sheetrock surfaces, the meter shows low moisture levels at 30% and below, medium moisture levels at 31 to 70%, and high moisture levels greater than 70%. NO DOCUMENTATION SUPPORTS THAT THIS WAS EVEN PERFORMED BY HIM.

The observations are as follows:

PLAINTIFF'S EXHIBIT
8 falsehoods

THE WIND DAMAGED A UITILITY POLE BUT SOMEHOWN MISSED EVERYTHING ELSE ??

**Site Conditions:**

1. The top of the electrical service pole, located immediately adjacent to the north façade, was found to be deflected in the northwest direction, and the top of the power pole, located near the driveway edge, was deflected in the south and southeast direction (refer Photos 18 and 19).
2. The wire extending from the power pole to the feeder pole was found to be slacked and bent (refer Photo 20).
3. The cable guide at the top of the feeder pole was found to be bent in the northwest direction (refer Photo 21).
4. The top rail of the chain link fence, located west of the home, was found to be bent (refer Photo 22). THIS WAS LIMB DAMAGE !
5. A section of the top rail of the of the wood fence located on the west side of the property was found to be broken (refer Photo 23). No indications of impacted damage were noted on the tops of the fence slats in this area (refer Photo 24).
6. Mr. Hearn mentioned damage to a gas line and an underground dog fence. Damage to these items were not able to be observed.

HE WAS PROVIDED PHOTOS OF EVERYTHING AND OUR TESTIMONY

**Main Home Exterior:**

West Façade (refer Photo 1):

#1 is a lie.

1. No obvious signs wind or impact damage were noted to the siding (refer Photos 25 and 26).
2. Exterior wall appeared to be visually plumb, and the wall was found to be near plumb, were measured. NOTE OUR PHOTOS REFUTING THESE STATEMENTS
3. No damage was noted to the window (refer Photo 26).
4. No wind or impact damage was noted to the soffit (refer Photo 27).
5. The fascia was separated at the northwest corner (refer Photo 28). A tarp covered the fascia in this area limiting observations.
6. The balance of the fascia showed no signs of wind or impact related damage.
7. The bottom of the skirting was found to be deflected inward near the southwest corner (refer Photo 29). No indications of impact related damage to the skirting were noted.
8. No indications of wind or impact related damage were noted to the water heater building locations immediately adjacent to the west façade (refer Photos 30-33).
9. Torn shingles were found along the east edge of the water heater building's north roof facet (refer Photo 34).
10. The shingles on the water heater's building's south roof facet showed significant signs of age-related damage including granular loss, curling, and deterioration (refer Photo 32). TREE LIMBS STRUCK IT
11. The north porch post of the water heater building showed signs of environmental exposure related deterioration.
12. No indication of relative movement between the Main Home's west wall and the hot water heater building were noted (refer Photos 35 and 36).

THAT IS BECAUSE EVERYTHING HAD BEEN TEMPORARILY RESET SEVERAL MONTHS PRIOR.

 PLAINTIFF'S EXHIBIT
8 Falsehoods

North Façade (refer Photos 2 and 3):

1. No obvious signs of event related wind or impact damage were noted to the siding (refer Photos 37 and 38).
2. Exterior wall appeared to be visually plumb, and the wall was found to be near plumb, were measured.
3. No obvious signs of event related damage to the doors or windows were found (refer Photos 37 and 38).
4. No wind or impact damage was noted to the soffit
5. The fascia was separated at the northwest corner and extending a distance of approximately 15-feet (refer Photo 39 and 40). A tarp covered the fascia in this area limiting observations.
6. The balance of the fascia showed no signs of wind or impact related damage.
7. No wind or impact related damage to the door overhang roof was observed (refer Photo 41).
8. The bottom of the skirting was found to be deflected inward and punctured adjacent to the HVAC unit (refer Photo 42). THIS IS A LIE

East Façade (refer Photos 4 and 5):

1. No obvious signs of event related wind or impact damage were noted to the siding (refer Photos 43). BLATANT LIE - HE HAS THE PHOTOS PROVIING IT TOO.
2. Exterior wall appeared to be visually plumb, and the wall was found to be near plumb, were measured. WHAT DOES THIS EVEN MEAN ?
3. No obvious signs of event related damage to the windows were found (refer Photo 43).
4. No wind or impact related damage to the soffit or fascia was observed (refer Photo 44). THIS IS A LIE -- SEE OUR PHOTOS
5. Some of the skirting near the southeast corner or the home had been replaced with plywood (refer Photo 43). The condition of the skirting in this area prior to and immediately following the storm is unknown to the investigating engineer.

South Façade (refer Photos 6 and 7):

1. A section of siding above the center window was found to be missing (refer Photo 45).
2. No obvious signs of wind or impact damage were noted on the balance of the wall cladding (refer Photos 45-47).
3. Exterior wall appeared to be visually plumb, and the wall was found to be near plumb, were measured.
4. No obvious signs of event related damage to the windows or doors were found (refer Photo 45-47).
5. A section of screen was torn on the west side of the porch (refer Photo 45). No other screen material appeared to be damaged.
6. Beginning at the southwest corner, a section of the soffit and fascia had been removed and a portion of the fascia was detached for a distance of

PLAINTIFF'S EXHIBIT
8 Falsehoods

approximately 16-feet from the southwest corner (refer Photo 45 and 48).

7. The framing behind the removed fascia was found to be deteriorated likely from long term moisture exposure (refer Photos 49 and 50).
8. The removed fascia also exposed the area of decking and roof framing that was impacted on the southwest corner. Damage from the impact was noted on both the decking and trusses in this area (refer Photos 51 and 52). Signs of deterioration from long term moisture exposure were noted on both the decking and truss. AND THESE ARE CONDITIONS THAT MUST BE ABATED
9. The fascia had been removed from the west face of the porch (refer Photo 45). The exposed framing appeared to be damaged from long term moisture exposure.
10. No obvious signs of damage to the balance of the soffit or fascia were observed (refer Photo 53). HAS TO BE REPLACED TO MAINTAIN UNIFORMITY AND IS DETERIORATED
11. The bottom of the skirting was found to be deflected inward near the southwest corner (refer Photo 29). No indications of impact related damage to the skirting were noted.
12. Some of the skirting near the southeast corner or the home had been replaced with plywood (refer Photos 6). The condition of the skirting in this area prior to and immediately following the storm is unknown to the investigating engineer. YES IT IS KNOWN - HE HAS PHOTOS AND TESTIMONY

Roof:

1. Tarped areas were found in two locations on the west end of the roof in the north and south corners (refer Photos 54 and 55). Tarps were not removed during the site assessment, and the condition of the roof below the tarps was not observed.
2. Damage to the shingles was found in various locations on both the north and south facets for a distance of approximately 18-feet from the roof's west edge. The damage included missing shingles, torn shingles, impacted shingles and abraded shingles (refer Photos 56-63).
3. Near the tarped areas, the attic turbine and vent cover were found to be damaged (refer Photos 64 and 65).
4. Some damage to shingles was also found away from the tarped areas towards the east end of the roof. This damage included missing shingles, creased shingles, and impacted shingles (refer Photos 66-69).
5. The attic turbine near the east end was found to be displaced (refer Photo 70).
6. Unbonded shingles were found in numerous locations.
7. The deck surface was found to be deflected in numerous locations causing the surface to undulate (refer Photo 71). This was most noticeable on the north roof facet.
8. Some areas of the deck were found to be soft when walked upon.

Crawlspace:

1. The crawlspace opening was located on the west wall of the home near the northwest corner. The number of items within the crawlspace opening did not allow the investigating engineer to safely enter the crawlspace, and observations

were made at the opening.

2. The main beam were found to be bearing on stacked CMU piers (refer Photos 72 and 73). No indication of movement of the beam or the piers were noted.
3. The beams were attached to strap tie-downs (refer Photo 74). The tension in the strap did not indicate the trailer had laterally deflected.
4. The cross brace between beams was found to extend over the area where tires had been stored (refer Photo 75). This cross brace is not a load bearing element and was not bearing on the tires in any location. Indications of tire movement are not indications of trailer movement.
5. No indications of impact related floor framing damage was noted.

**Main Home Interior:**

West Bedroom, Closet, and Bath (refer Photos 76):

1. A stain on the ceiling was found at the center beam location on the west side (refer Photo 77). The moisture content on the stain was found to be 0% (refer Photo 78).
2. No ceiling staining was found in the balance of the bedroom.
3. No wall finish damage was noted, and no indications of storm-related damage were observed.
4. A ceiling stain with indication of mold growth were found in the east side of the closet (refer Photo 79). Boxes in the area did not allow full observations of the ceiling of the area.
5. No ceiling damage was found in the balance of the closet.
6. No wall damage was noted in the closet.
7. Ceiling stains and mold growth were noted along the west and east sides of the water closet area of the Bath (refer Photos 80-82).
8. No ceiling damage was found in the balance of the Bath's water closet or in the sink area.
9. No wall damage was noted in the Bath's water closet and sink area.
10. The floor deck deflected downward in front of the tub when stepped upon. This did not appear to be related to the event in question and is likely caused by long-term moisture exposure.

Sewing Room (refer Photo 83):

1. No staining on or impact or wind related damage to the ceiling finishes was noted.
2. The ceiling was uplifted along the south wall (refer Photo 84). This did not appear to be related to the event in question.
3. No staining on or damage to the wall finishes was found.
4. A soft spot in the floor was found at the transition into the Kitchen. This did not appear to be related to the event in question.

Kitchen (refer Photo 85):

1. Ceiling staining was noted in the west entry from the Sewing Room (refer Photo 86). The staining did not appear to be related to a roof leak.
2. The ceiling panels were uplifted along some of the cabinets. This did not appear to be related to the event in question.
3. No staining was found on the balance of the ceiling.
4. No impact or wind related damage to the ceiling or wall finishes was noted.

Living Room and Dining Room (refer Photo 87):

1. No staining on or impact or wind related damage to the ceiling finishes was noted.
2. The ceiling was uplifted along the south wall (refer Photo 88). This did not appear to be related to the event in question.
3. No staining on or damage to the wall finishes was found.

Laundry Room (refer Photo 89):

1. No staining on or impact/wind-related damage to the ceiling finishes was noted.
2. No staining on or damage to the wall finishes was found.

Northeast Bedroom (refer Photo 90):

1. No staining on or impact/wind-related damage to the ceiling finishes was noted.
2. No staining on or damage to the wall finishes was found.

Southeast Bedroom (refer Photo 91):

1. No staining on or impact/wind-related damage to the ceiling finishes was noted.
2. No staining on or damage to the wall finishes was found.

South Bath (refer Photo 92):

1. A stain on the ceiling was found along the west wall (refer Photo 93).
2. No staining on or impact/wind-related damage to the balance of the ceiling finishes was noted.
3. No staining on or damage to the wall finishes was found.

**North and South Carports (refer Photos 8-11):**

1. The top of the South Carport's southwest column was found to be deflected to the east such that the column was out of plumb by 6.4-degrees (refer Photo 8).
2. No damage or signs or movement were found at this column's base or top connection (refer Photos 94 and 95).
3. No roof or roof framing damage was noted to either carport (refer Photos 96-98).

    4. No damage to the lattice wall covering was noted with the exception of small sections on the South Carport's south columns.

**South Shop (refer Photos 14-17):**
1. No obvious signs of impact or wind related damage was noted to the exterior walls that could be observed.
2. A pane in the southwest window was found to be broken (refer Photo 15).
3. No impact or wind related damage was noted on the balance of the windows or doors.
4. No obvious signs of impact or wind related damage was observed on the roof or roof framing (refer Photos 99-103).
5. Roof and wall framing for the north storage room's roof was found to be damaged by a limb strike (refer Photos 104 and 105). The shed's roofing was also damaged by strike, but it appears the framing was undamaged (refer Photos 106 and 107).

Analysis and Conclusion

Since no immediate post event photos were not available for review, the size of the limb that struck the Main Home, as well as, the exact location and orientation of the strike is not known to the investigating engineer. However, based on the tarped areas and the damage to the shingles along the west side of the roof, it appears the damage from the limb strike in question was confined to the west area of the roof surfaces. The damaged area appeared to extend approximately 18-feet from the west roof edge on both the north and south roof facets.

It is apparent the damage to the shingles, decking, and framing along the north and south roof facets on the west side, the soffit and fascia damage on the north, west and south roof edges, as well as, the missing siding on the south facade were all caused by the impact event. Additionally, it appears the damage found to the west roof vent and turbine is related to the event in question.

While a limited amount of ceiling staining was found in the west area of the home, one would expect to find water damage on the ceiling in this area, particularly where the decking was damaged. However, the investigating engineer was unable to directly observe the attic area to confirm the extents of damage present.

Beyond the damage seen to the roofing, decking and roof framing, it does not appear other structural elements on the west end of the Main Home were damaged. No impact or wind damage indicators were seen on the north, south, and west exterior walls. No signs of floor framing damage or failure due to impact or wind forces were seen, which would be highly unlikely considering the exterior walls were also undamaged. The beam bearing locations, as well as, the relative location of the hot water building to the west façade did not show the trailer had displaced laterally. This evidence is consistent with the plumbness of the exterior walls. The undulations in the roof decking do not appear to be event related and are likely result of issues with support or thermal/moisture damage to the decking.

Roof covering damage and a displaced roof turbine were found near the center of the roof, away from the area of impact. While the damage seen is consistent with a wind related event, the wind speed data that could be collected only on the date of loss shows maximum gusts of 33-mph. One would not expect roofing damage like that seen at a wind speed of this magnitude unless the shingles where compromised (unbonded, etc.). The lack of damage to more damage-prone items on the site (open carport roof covering, wood fence, satellite dish, etc.) supports this evidence.

While a definite conclusion on the causation of the roofing damage away from the area of impact cannot be made, the evidence does not point to the damage being related to the event in question. However, the roofing damage found away from the point of impact does not appear to be large enough in scale to cause water infiltration into the home below these areas.

Additionally, the west porch fascia was missing, and a section of screen was found to be torn on the west side of the porch. Both these items were located away from the point of impact, and, as outlined above, the wind speeds and lack of damage nearby to adjacent fascia, are not consistent with this damage being caused by the storm event in question.

Small areas of skirting on the north, west, and south walls near the west end of the home appeared to have been deflected inward and/or punctured during the event. It also appears some areas of skirting may have been replaced on portions of the east and southeast walls. It is unknown if this replacement was done to repair damage that occurred during the event. However, the impact would not have affected this area, and one would not expect the wind speeds that occurred on the day of loss to damage the skirting in this manner, especially when considering the lack of skirting damage on the more exposed area along the north, west and south sides of the home.

Outside of the direct damage to the Main Home, the limb strike appears to have damaged the electrical feed, deflected, and damaged both the power and feeder poles, and bent the top rail of the chain link fence adjacent to the west side of the home. Mr. Hearn spoke of damage to a gas line, as well as, an underground dog fence, but these items were not able to be reviewed during the site assessment.

At the South Shop, limbs did impact the north storage room's roof and adjacent lean-to. The limb strikes appeared to have damaged the storage room's roofing, roof framing and wall framing, as well as, the lean-to's roofing. A determination could not be made on whether this limb strike occurred during the same storm that caused the limb strike on the Main Home.

Beyond the damage listed above, no evidence of impact or wind damage was noted on the property's other structures. While a section of top rail on the west fence was found to be broken, no evidence of impact on the top slats or rails, itself, was noted. It is unlikely the single pane on the South Shop's window was broken during the event considering no other window damage was found on that window. The lack of damage to the South Carport's column base or top connection is evidence that the deflection occurred prior to the storm event. Lack of further damage to the North and South Carports support this conclusion.

Therefore, based on the evidence collected, I **conclude the limb strike damage to the Main Home and South Shop is confined to the area of impact, as described above.**

Disclaimer

The noted condition of all elements was determined based on limited visual observations of the exposed structure, unless noted otherwise. Determinations were not made as to the structural capacity or stability of any of the structural elements and in no way should this investigation be interpreted to suggest that the structure will meet any of the previous or current building code structural requirements.

This report should not be considered a comprehensive assessment of all damage that may be present. Lengths and areas of damage items listed should be considered estimates that must be field verified during the repair process. Additionally, damage to structural components not noted in this report may be uncovered to the debris removal and reconstruction processes. When encountered, the contractor should contact this office for additional instructions when needed.

All repairs and reconstruction shall be performed in compliance with the 2018 International Residential Code (2018 IRC). Where not specifically detailed, sizes and spacing of all structural items (foundations and framing), as well as, all connections shall meet the prescriptive requirements details in the 2018 IRC. If additional guidance is needed, the repair contractor shall contact this office for additional instructions.

The investigators reserve to right to amend this report if additional information becomes available.

# APPENDIX A:
# CoreLogic Wind Verification Report

Weather Verification Services

# Wind Verification Report

| Claim or Reference # | DW3228915 |
|---|---|
| Insured/Property Owner | Nancy Plunk |
| Coordinates | Latitude 35.668813, Longitude -88.900144 |
| Date Range | Jan 01, 2009 to Oct 02, 2022 |
| Report Generated | October 3rd, 2022 at 22:06:06 UTC |

## Storm Events

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 10 Miles |
| Jun 6, 2022 | 53 MPH | 56 MPH | 65 MPH | 72 MPH |
| Mar 30, 2022 | 69 MPH | 71 MPH | 77 MPH | 79 MPH |
| Dec 10, 2021 | 54 MPH | 57 MPH | 64 MPH | 67 MPH |
| Jul 31, 2021 | 58 MPH | 61 MPH | 67 MPH | 68 MPH |
| Jul 10, 2021 | 55 MPH | 58 MPH | 64 MPH | 65 MPH |
| Jul 8, 2021 | 58 MPH | 60 MPH | 65 MPH | 66 MPH |
| Mar 27, 2021 | 48 MPH | 52 MPH | 59 MPH | 68 MPH |
| Mar 17, 2021 | 57 MPH | 59 MPH | 65 MPH | 66 MPH |
| Jul 12, 2020 | 54 MPH | 57 MPH | 65 MPH | 66 MPH |
| May 3, 2020 | 57 MPH | 59 MPH | 63 MPH | 65 MPH |
| Mar 28, 2020 | 52 MPH | 54 MPH | 58 MPH | 59 MPH |
| Jun 19, 2019 | 52 MPH | 54 MPH | 59 MPH | 68 MPH |
| Jul 6, 2018 | 59 MPH | 62 MPH | 66 MPH | 67 MPH |
| Jul 5, 2018 | 58 MPH | 62 MPH | 67 MPH | 68 MPH |
| Jun 28, 2018 | 56 MPH | 58 MPH | 64 MPH | 67 MPH |
| Jun 21, 2018 | 59 MPH | 62 MPH | 67 MPH | 68 MPH |
| May 20, 2018 | 49 MPH | 52 MPH | 58 MPH | 67 MPH |
| May 15, 2018 | 62 MPH | 63 MPH | 67 MPH | 67 MPH |

©2022 CoreLogic Spatial Solutions LLC

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 10 Miles |
| Jul 5, 2017 | 46 MPH | 52 MPH | 59 MPH | 66 MPH |
| May 27, 2017 | 54 MPH | 56 MPH | 58 MPH | 62 MPH |
| Feb 7, 2017 | 47 MPH | 51 MPH | 59 MPH | 62 MPH |
| Nov 18, 2016 | 59 MPH | 62 MPH | 65 MPH | 65 MPH |
| Aug 5, 2015 | 54 MPH | 55 MPH | 61 MPH | 70 MPH |
| Jul 14, 2015 | 52 MPH | 53 MPH | 61 MPH | 67 MPH |
| Jun 8, 2015 | 59 MPH | 62 MPH | 69 MPH | 73 MPH |
| May 30, 2015 | 62 MPH | 65 MPH | 69 MPH | 72 MPH |
| Jul 14, 2014 | 54 MPH | 58 MPH | 66 MPH | 69 MPH |
| Jun 7, 2014 | 60 MPH | 62 MPH | 68 MPH | 69 MPH |
| Jun 5, 2014 | 57 MPH | 59 MPH | 65 MPH | 67 MPH |
| Dec 21, 2013 | 52 MPH | 53 MPH | 60 MPH | 65 MPH |
| Jul 18, 2013 | 52 MPH | 57 MPH | 60 MPH | 68 MPH |
| May 30, 2013 | 55 MPH | 58 MPH | 67 MPH | 69 MPH |
| Jan 29, 2013 | 64 MPH | 69 MPH | 74 MPH | 74 MPH |
| Sep 5, 2012 | 59 MPH | 61 MPH | 66 MPH | 67 MPH |
| Jun 11, 2012 | 56 MPH | 59 MPH | 64 MPH | 64 MPH |
| Jun 3, 2012 | 55 MPH | 57 MPH | 64 MPH | 66 MPH |
| Jan 22, 2012 | 51 MPH | 54 MPH | 59 MPH | 63 MPH |
| May 25, 2011 | 53 MPH | 55 MPH | 59 MPH | 60 MPH |
| Apr 25, 2011 | 67 MPH | 70 MPH | 74 MPH | 76 MPH |
| Apr 19, 2011 | 55 MPH | 57 MPH | 61 MPH | 68 MPH |
| Apr 4, 2011 | 54 MPH | 58 MPH | 60 MPH | 66 MPH |
| Feb 24, 2011 | 66 MPH | 70 MPH | 78 MPH | 86 MPH |
| Nov 25, 2010 | 47 MPH | 49 MPH | 58 MPH | 69 MPH |
| Aug 5, 2010 | 44 MPH | 52 MPH | 61 MPH | 63 MPH |
| Jun 25, 2010 | 51 MPH | 54 MPH | 59 MPH | 61 MPH |
| May 1, 2010 | 48 MPH | 50 MPH | 60 MPH | 84 MPH |
| Apr 24, 2010 | 63 MPH | 65 MPH | 71 MPH | 73 MPH |
| Sep 6, 2009 | 57 MPH | 61 MPH | 67 MPH | 67 MPH |
| Jul 15, 2009 | 62 MPH | 65 MPH | 70 MPH | 70 MPH |
| Jul 4, 2009 | 52 MPH | 55 MPH | 62 MPH | 63 MPH |
| Jun 15, 2009 | 69 MPH | 71 MPH | 77 MPH | 77 MPH |
| Jun 3, 2009 | 54 MPH | 60 MPH | 65 MPH | 65 MPH |
| Jun 2, 2009 | 57 MPH | 58 MPH | 66 MPH | 67 MPH |

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 Miles** | **Within 3 Miles** | **Within 10 Miles** |
| Feb 11, 2009 | 55 MPH | 57 MPH | 63 MPH | 72 MPH |

- Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Dash "--" indicates 58 MPH or higher wind was detected within 3 miles, but winds at location were less than 40 MPH.
- Report contains all wind events where winds of 58 MPH or greater were detected within 3 miles of the location.
- Wind speeds being reported within this report represent 3-second wind gusts at 10 meters; starting at 40 MPH and increasing in 1 MPH increments.
- This report contains wind events between Jan 01, 2009 and Oct 02, 2022.

©2022 CoreLogic Spatial Solutions LLC

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.



**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

**APPENDIX B:**
**Weather Underground Historic Weather Data – May 26th**



Search Locations Log in ... 

Recent Cities
Jackson, TN (/weather/us/tn/jackson/35.63,-88.82) Memphis, TN (/weather/us/tn/memphis/35.15,-90.05)

35.61 °N, 88.82 °W

# Jackson, TN Weather History

79° MC KELLAR-SIPES RGNL STATION (/DASHBOARD/PWS/KTNJACKS88?CM_VEN=LOCALWX_PWSDASH) | CHANGE

**PLEASE NOTE THESE READINGS WERE TAKEN AT AIRPORT FIVE MILES AWAY, AND PIRTLE WAS NOT EVEN LOGGED IN TO THE SITE AS SHOWN ABOVE IN RIGHT CORNER. THIS IS NOT A METEROLOGIST BACKED WEATHER REPORT - IT IS A DAILY GENERIC TAKEN FROM OPEN INTERNET SITE, AND SHOULD NOT BE USED TO DENY COVERAGE TO AN INSURED.**

HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)

- TODAY (/WEATHER/US/TN/JACKSON/KMKL)
- HOURLY (/HOURLY/US/TN/JACKSON/KMKL)
- 10-DAY (/FORECAST/US/TN/JACKSON/KMKL)
- CALENDAR (/CALENDAR/US/TN/JACKSON/KMKL)
- HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)
- WUNDERMAP (/WUNDERMAP?LAT=35.614&LON=-88.818)



# Summary

| Temperature (°F) | Actual | Historic Avg. | Record |
| --- | --- | --- | --- |
| High Temp | 75 | 82.5 | 93 |
| Low Temp | 58 | 60.7 | 46 |
| Day Average Temp | 67.94 | 71.6 | - |

| Precipitation (in) | Actual | Historic Avg. | Record |
| --- | --- | --- | --- |
| Precipitation (past 24 hours from 11:53:00) | 0.25 | – | - |

| Dew Point (°F) | Actual | Historic Avg. | Record |
| --- | --- | --- | --- |
| Dew Point | 60.62 | - | - |
| High | 66 | - | - |
| Low | 54 | - | - |
| Average | 60.62 | - | - |

| Wind (mph) | Actual | Historic Avg. | Record |
| --- | --- | --- | --- |
| Max Wind Speed | 25 | - | - |
| Visibility | 10 | - | - |

| Sea Level Pressure (in) | Actual | Historic Avg. | Record |
| --- | --- | --- | --- |
| Sea Level Pressure | 29.42 | - | - |

| Astronomy | Day Length | Rise | Set |
| --- | --- | --- | --- |
| Actual Time | 14h 17m | 5:44 AM | 8:02 PM |
| Civil Twilight | | 5:15 AM | 8:31 PM |
| Nautical Twilight | | 4:39 AM | 9:07 PM |
| Astronomical Twilight | | 4:00 AM | 9:46 PM |
| Moon: waning crescent | | 3:41 AM | 4:37 PM |

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precl |
|---|---|---|---|---|---|---|---|---|
| 12:04 AM | 69 °F | 66 °F | 90 % | S | 7 mph | 0 mph | 29.42 in | 0.0 in |
| 12:50 AM | 70 °F | 66 °F | 88 % | S | 10 mph | 21 mph | 29.41 in | 0.0 in |
| 12:53 AM | 70 °F | 66 °F | 87 % | S | 12 mph | 0 mph | 29.41 in | 0.0 in |
| 1:13 AM | 70 °F | 66 °F | 87 % | S | 14 mph | 18 mph | 29.41 in | 0.0 in |
| 1:53 AM | 69 °F | 66 °F | 90 % | S | 13 mph | 18 mph | 29.39 in | 0.0 in |
| 2:40 AM | 69 °F | 66 °F | 90 % | SSW | 9 mph | 0 mph | 29.41 in | 0.0 in |
| 2:53 AM | 69 °F | 66 °F | 90 % | WSW | 6 mph | 0 mph | 29.41 in | 0.0 in |
| 3:07 AM | 69 °F | 66 °F | 90 % | CALM | 0 mph | 0 mph | 29.38 in | 0.0 in |
| 3:25 AM | 69 °F | 65 °F | 87 % |  | 0 mph | 0 mph | 29.39 in | 0.0 in |
| 3:53 AM | 69 °F | 65 °F | 87 % | S | 12 mph | 0 mph | 29.38 in | 0.0 in |
| 4:53 AM | 68 °F | 66 °F | 93 % | S | 8 mph | 0 mph | 29.36 in | 0.0 in |
| 5:01 AM | 68 °F | 66 °F | 93 % | S | 6 mph | 0 mph | 29.36 in | 0.0 in |
| 5:16 AM | 68 °F | 66 °F | 93 % | S | 9 mph | 0 mph | 29.37 in | 0.0 in |
| 5:53 AM | 68 °F | 66 °F | 93 % | S | 6 mph | 0 mph | 29.38 in | 0.0 in |
| 6:53 AM | 68 °F | 66 °F | 93 % | S | 9 mph | 0 mph | 29.38 in | 0.0 in |
| 7:53 AM | 66 °F | 59 °F | 78 % | SSW | 8 mph | 0 mph | 29.40 in | 0.0 in |
| 8:27 AM | 67 °F | 59 °F | 76 % | SW | 7 mph | 0 mph | 29.40 in | 0.0 in |
| 8:53 AM | 67 °F | 58 °F | 73 % | SW | 7 mph | 0 mph | 29.40 in | 0.0 in |
| 9:53 AM | 71 °F | 59 °F | 66 % | SSW | 13 mph | 20 mph | 29.40 in | 0.0 in |
| 10:53 AM | 72 °F | 57 °F | 59 % | SSW | 15 mph | 0 mph | 29.38 in | 0.0 in |
| 11:53 AM | 75 °F | 56 °F | 51 % | SW | 15 mph | 26 mph | 29.38 in | 0.0 in |
| 12:53 PM | 71 °F | 54 °F | 55 % | SSW | 17 mph | 24 mph | 29.38 in | 0.0 in |
| 1:53 PM | 73 °F | 56 °F | 55 % | SSW | 18 mph | 28 mph | 29.36 in | 0.0 in |
| 2:53 PM | 74 °F | 54 °F | 50 % | SW | 25 mph | 33 mph | 29.34 in | 0.0 in |
| 3:53 PM | 73 °F | 54 °F | 51 % | SW | 21 mph | 29 mph | 29.35 in | 0.0 in |
| 4:53 PM | 70 °F | 54 °F | 57 % | SW | 15 mph | 26 mph | 29.37 in | 0.0 in |
| 5:53 PM | 69 °F | 55 °F | 61 % | WSW | 12 mph | 0 mph | 29.38 in | 0.0 in |
| 6:53 PM | 65 °F | 57 °F | 75 % | W | 3 mph | 0 mph | 29.38 in | 0.0 in |
| 6:56 PM | 65 °F | 57 °F | 75 % | W | 9 mph | 0 mph | 29.38 in | 0.0 in |
| 7:53 PM | 62 °F | 58 °F | 86 % | SW | 6 mph | 0 mph | 29.40 in | 0.0 in |

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Preci |
|---|---|---|---|---|---|---|---|---|
| 8:53 PM | 61 °F | 57 °F | 87 % | SW | 7 mph | 0 mph | 29.40 in | 0.0 in |
| 9:53 PM | 59 °F | 57 °F | 93 % | SSW | 7 mph | 0 mph | 29.41 in | 0.0 in |
| 10:53 PM | 59 °F | 56 °F | 90 % | SSW | 7 mph | 0 mph | 29.41 in | 0.0 in |
| 11:53 PM | 58 °F | 56 °F | 93 % | SSW | 7 mph | 0 mph | 29.40 in | 0.0 in |

**weatherchannel-wunderground&utm_medium=referral&utm_content=thumbnails-b:History Thumbnails:)**
**weatherchannel-wunderground&utm_medium=referral&utm_content=thumbnails-b:History Thumbnails:)**
**You May Like**

(https://www.nerdwallet.com/ur/?nw_campaign_id=152910431687743300&utm_medium=ntv&utm_source=tb&utm_campaign=ed_mktg_paid_051620_tgt_grad_d_tb&utm_term=theweatherchannel-wunderground&mktg_link=3570670411#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDhvUgojJjW4YXXn5Zl)

Apply For These Student Loan Refi Rates. You Could Save Big
NerdWallet

(https://www.nerdwallet.com/ur/?nw_campaign_id=152910431687743300&utm_medium=ntv&utm_source=tb&utm_campaign=ed_mktg_paid_051620_tgt_grad_d_tb&utm_term=theweatherchannel-wunderground&mktg_link=3570670411#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDhvUgojJjW4YXXn5Zl)
(https://ad.doubleclick.net/ddm/trackclk/N7384.2069703TABOOLA3/B20578793.220278413;dc_trk_aid=418650468;dc_trk_cid=96678530;dc_lat=;dc_rdid=;tag_for_child_directed_treatment=;tfua=?utm_term=theweatherchannel-wunderground&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCkuUMoq4DTr8buuLr3AQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCkuUMoq4DTr8buuLr3AQ)

This Is the One Technology People with Diabetes Need
Dexcom

(https://ad.doubleclick.net/ddm/trackclk/N7384.2069703TABOOLA3/B20578793.220278413;dc_trk_aid=418650468;dc_trk_cid=96678530;dc_lat=;dc_rdid=;tag_for_child_directed_treatment=;tfua=?utm_term=theweatherchannel-wunderground&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCkuUMoq4DTr8buuLr3AQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCkuUMoq4DTr8buuLr3AQ)
(https://capitaloneshopping.com/blog/is-amazon-actually-giving-you-the-best-price-779e00e8958e?hno=true&utm_source=jaguar11&utm_campaign=6601323&utm_term=2934854649&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDR3kAoxJ6B28n7u988#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDR3kAoxJ6B28n7u988)

Before You Renew Amazon Prime, Read This
Capital One Shopping

(https://capitaloneshopping.com/blog/is-amazon-actually-giving-you-the-best-price-779e00e8958e?hno=true&utm_source=jaguar11&utm_campaign=6601323&utm_term=2934854649&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDR3kAoxJ6B28n7u988#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDR3kAoxJ6B28n7u988)
(https://go.health-headline.com/971149f3-02cd-4872-a69c-02ce8d9103b6?site=theweatherchannel-wunderground&siteid=1194714&sitedomain=wunderground.com&thumbnail=http%3A%2F%2Fcdn.taboola.com%2Flibtrc%2Fstatic%2Fthumbnails%2Faddae4a34c1f95cf180e250728b1762d.png&title=Georgia+Seniors+Get+Distribution+Of+New+Pain+%26+Inflammation+Reliever&campaignId=21221208&campaignname=ONE+CHEWS+-+DROID+-+10.4+-+DESK+-+SENIORS&platform=Desktop&click_id=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ&utm_source=taboola&utm_medium=referral&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ)

Georgia Seniors Get Distribution Of New Pain & Inflammation Reliever
Health Headlines

(https://go.health-headline.com/971149f3-02cd-4872-a69c-02ce8d9103b6?site=theweatherchannel-wunderground&siteid=1194714&sitedomain=wunderground.com&thumbnail=http%3A%2F%2Fcdn.taboola.com%2Flibtrc%2Fstatic%2Fthumbnails%2Faddae4a34c1f95cf180e250728b1762d.png&title=Georgia+Seniors+Get+Distribution+Of+New+Pain+%26+Inflammation+Reliever&campaignid=21221208&campaignname=ONE+CHEWS+-+DROID+-+10.4+-+DESK+-+SENIORS&platform=Desktop&click_id=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ&utm_source=taboola&utm_medium=referral&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSD_2VQoq5yq6MP_v7uFAQ)
(https://trk.game-raiders.com/da3689b6-e0ff-458e-9c54-01a7ef0b8d28?site=theweatherchannel-wunderground&site_id=1194714&title=Play+this+game+for+1+minute+and+see+why+everyone+is+addicted.&platform=Desktop&campaign_id=9807434&campaign_item_id=3017684430&thumbnail=http%3A%2F%2Fcdn.taboola.com%2Flibtrc%2Fstatic%2Fthumbnails%2F74efa582827d4cf52deb271daf3b1af0.png&click_id=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ)

Play this game for 1 minute and see why everyone is addicted.
Raid Shadow Legends

**NOT SURE HOW THESE ADVERTISEMENTS FIT INTO ANY NARRATIVE RELATED TO THIS CLAIM.**

(https://trk.game-raiders.com/da3689b6-e0ff-458e-9c54-01a7ef0b8d28?site=theweatherchannel-wunderground&site_id=1194714&title=Play+this+game+for+1+minute+and+see+why+everyone+is+addicted.&platform=Desktop&campaign_id=9807434&campaign_item_id=3017684430&thumbnail=http%3A%2F%2Fcdn.taboola.com%2Flibtrc%2Fstatic%2Fthumbnails%2F74efa582827d4cf52deb271daf3b1af0.png&click_id=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSDt7k8ovJeMlvaB4YwZ)
(http://www.mnbasd77.com/aff_c?offer_id=2024&aff_id=2600&url_id=6346&source=Bul&aff_sub=21109510_%5BVK%5D-2024_Leaffilter_Desk-Target&aff_sub2=theweatherchannel-wunderground-1194714&aff_sub3=3567247732&aff_sub5=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k)

Here's The Average Price Of A Gutter Protection
LeafFilter Partner

(http://www.mnbasd77.com/aff_c?offer_id=2024&aff_id=2600&url_id=6346&source=Bul&aff_sub=21109510_%5BVK%5D-2024_Leaffilter_Desk-Target&aff_sub2=theweatherchannel-wunderground-1194714&aff_sub3=3567247732&aff_sub5=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSC35Uso9LLE9r-mgu4k)
(https://bombas.com/collections/womens-favorites?utm_source=taboola&utm_medium=native&utm_campaign=cf_acq-bt_core-cp_sock-ca_core-fallprospecting-desktop&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCci0Aoysrzjd-Q-LEw#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCci0Aoysrzjd-Q-LEw)

Bombas Socks, Shirts, And Undies In New Fall Colors
Bombas

(https://bombas.com/collections/womens-favorites?utm_source=taboola&utm_medium=native&utm_campaign=cf_acq-bt_core-cp_sock-ca_core-fallprospecting-desktop&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCci0Aoysrzjd-Q-LEw#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCci0Aoysrzjd-Q-LEw)
(https://www.selectjustice.com/roundup-lp-2-us/?cid=669&afid=3&sid=Taboola&usid=dtop_demo%7Cwunderground.com&utm_source=taboola&utm_medium=discovery&utm_campaign=18667690&utm_content=Diagnosed+with+Non-Hodgkin%27s+Lymphoma+or+CLL+after+Spraying+Roundup%C2%AE%3F&utm_term=3511763744&msid=wunderground.com&tbclid=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA&tblci=GiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA#tblciGiAlht-Z7uR6hXeqDTqt7BowDI_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA)

Diagnosed with Non-Hodgkin's Lymphoma or CLL after Spraying Roundup®?
Select Justice

(https://www.selectjustice.com/roundup-lp-2-us/?cid=669&afid=3&sid=Taboola&usid=dtop_demo%7Cwunderground.com&utm_source=taboola&utm_medium=discovery&utm_campaign=18667690&utm_content=Diagnosed+with+Non-Hodgkin%27s+Lymphoma+or+CLL+after+Spraying+Roundup%C2%AE%3F&utm_term=3511763744&msid=wunderground.com&tbclid=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCtiFko2tqYjqyulVA)
(https://www2.muscledefense.com/cid/7013w000002HIAtAAO?subid1=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ&utm_content=site_theweatherchannel-wunderground_campaign_id_3425059985_&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ)

## Mature Trainer: This Is What "Ripped" Old Guys Do Differently (Genius!)

Power Life

(https://www2.muscledefense.com/cid/7013w000002HIAtAAO?subid1=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ&utm_content=site_theweatherchannel-wunderground_campaign_id_3425059985_&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDG9Uwom9HP69uGp5_kAQ)
(https://cardcritics.com/3x-rewards-plus-a-massive-bonus/?tc=tbl-ac0-lp60-cl184-hl320-pc0-lc86-08242022&pub_adconcept=ac0&pub_image=cl184&pub_headline=hl320&pub_subheadline=lc86&costId=767&cbm=pc&pub_inventory=d-3p&vendor_click_id=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp)

## This Credit Card is Worth Its Weight In Gold

CardCritics

(https://cardcritics.com/3x-rewards-plus-a-massive-bonus/?tc=tbl-ac0-lp60-cl184-hl320-pc0-lc86-08242022&pub_adconcept=ac0&pub_image=cl184&pub_headline=hl320&pub_subheadline=lc86&costId=767&cbm=pc&pub_inventory=d-3p&vendor_click_id=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSC_r1oo9YCC1bWFzfdp)
(https://www.lucidchart.com/blog/8-steps-to-build-a-project-management-timeline?utm_source=taboola&utm_medium=native&utm_campaign=_chart_en_us_desktop_native_occupation_project+management_8+reasons+lp_&km_CPC_CampaignId=4145514&km_CPC_Creative=2889133781&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCF_00o4qzo_qqT-dkV#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCF_00o4qzo_qqT-dkV)

## 8 Steps to Build a Project Management Timeline

Lucidchart

(https://www.lucidchart.com/blog/8-steps-to-build-a-project-management-timeline?utm_source=taboola&utm_medium=native&utm_campaign=_chart_en_us_desktop_native_occupation_project+management_8+reasons+lp_&km_CPC_CampaignId=4145514&km_CPC_Creative=2889133781&tblci=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCF_00o4qzo_qqT-dkV#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSCF_00o4qzo_qqT-dkV)
(https://gosearches.net/index.php?rgid=180972&gclid=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDm_FQo9_jj8bLyktStAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDm_FQo9_jj8bLyktStAQ)

## Rugged Carhartt Winter Jackets On Clearance

Carhartt Jacket Sales | Search Ads

(https://gosearches.net/index.php?rgid=180972&gclid=GiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDm_FQo9_jj8bLyktStAQ#tblciGiAlht-Z7uR6hXeqDTqt7BowDl_DnWFUjaVUT7T_WnAnCSDm_FQo9_jj8bLyktStAQ)

Our Apps (/download)

About Us (/about/our-company)

Contact (/about/contact-us)

Careers (http://ibm.biz/BdH3av)

PWS Network (/pws/overview)

WunderMap (/wundermap)

Feedback & Support (https://www.wunderground.com/feedback)

Terms of Use (/company/legal)

Privacy Policy (/company/privacy-policy)

Accessibility Statement (/accessibility-statement)

AdChoices (/company/ad-choices)

Data Vendors (/data-vendors)

Access Logo (https://www.essentialaccessibility.com/the-weather-channel?utm_source=theweatherchannelhomepage&utm_medium=iconlarge&utm_term=eachannelpage&utm_content=header&utm_campaign=theweatherchannel)

We recognize our responsibility to use data and technology for good. Take control of your data.

Privacy Settings (/privacy-settings) | Review My Advertising Settings (/privacy-settings#do-not-sell) | Data Rights (/data-rights)

Powered by the IBM Cloud (https://www.ibm.com/cloud/)

IBM Logo

© Copyright TWC Product and Technology LLC 2014, 2022

**APPENDIX C:**
**Weather Underground Historic Weather Data - May 25th and 27th**

Search Locations

Log in (log... 

Recent Cities
Jackson, TN (/weather/us/tn/jackson/35.63,-88.82) Memphis, TN (/weather/us/tn/memphis/35.15,-90.05)

35.61 °N, 88.82 °W

# Jackson, TN Weather History

**79° MC KELLAR-SIPES RGNL STATION (/DASHBOARD /PWS/KTNJACKS88?CM_VEN=LOCALWX_PWSDASH)** | CHANGE

HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)

- TODAY (/WEATHER/US/TN/JACKSON/KMKL)
- HOURLY (/HOURLY/US/TN/JACKSON/KMKL)
- 10-DAY (/FORECAST/US/TN/JACKSON/KMKL)
- CALENDAR (/CALENDAR/US/TN/JACKSON/KMKL)
- HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)
- WUNDERMAP (/WUNDERMAP?LAT=35.614&LON=-88.818)



# Summary

| Temperature (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| High Temp | 78 | 82.3 | 93 |
| Low Temp | 67 | 60.5 | 46 |
| Day Average Temp | 70.78 | 71.4 | - |

| Precipitation (In) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Precipitation (past 24 hours from 11:53:00) | 0.75 | -- | - |

| Dew Point (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Dew Point | 67.38 | - | - |
| High | 71 | - | - |
| Low | 65 | - | - |
| Average | 67.38 | - | - |

| Wind (mph) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Max Wind Speed | 16 | - | - |
| Visibility | 10 | - | - |

| Sea Level Pressure (in) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Sea Level Pressure | 29.47 | - | - |

| Astronomy | Day Length | Rise | Set |
|---|---|---|---|
| Actual Time | 14h 16m | 5:45 AM | 8:01 PM |
| Civil Twilight | | 5:16 AM | 8:31 PM |
| Nautical Twilight | | 4:40 AM | 9:06 PM |
| Astronomical Twilight | | 4:01 AM | 9:45 PM |
| Moon: waning crescent | | 3:15 AM | 3:37 PM |

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Preci |
|---|---|---|---|---|---|---|---|---|
| 12:53 AM | 68 °F | 66 °F | 93 % | VAR | 5 mph | 0 mph | 29.45 in | 0.0 in |
| 1:53 AM | 67 °F | 66 °F | 97 % | VAR | 5 mph | 0 mph | 29.45 in | 0.0 in |
| 2:53 AM | 68 °F | 66 °F | 93 % | VAR | 6 mph | 0 mph | 29.44 in | 0.0 in |
| 3:53 AM | 69 °F | 67 °F | 93 % | S | 6 mph | 0 mph | 29.45 in | 0.0 in |
| 4:00 AM | 69 °F | 67 °F | 93 % | S | 6 mph | 0 mph | 29.45 in | 0.0 in |
| 4:08 AM | 69 °F | 67 °F | 93 % | S | 6 mph | 0 mph | 29.45 in | 0.0 in |
| 4:31 AM | 69 °F | 67 °F | 93 % | W | 10 mph | 0 mph | 29.46 in | 0.0 in |
| 4:38 AM | 69 °F | 67 °F | 93 % | WSW | 9 mph | 0 mph | 29.45 in | 0.0 in |
| 4:46 AM | 69 °F | 67 °F | 93 % | SSW | 8 mph | 0 mph | 29.45 in | 0.0 in |
| 4:53 AM | 69 °F | 67 °F | 93 % | S | 9 mph | 0 mph | 29.46 in | 0.1 in |
| 4:58 AM | 69 °F | 67 °F | 93 % | S | 8 mph | 0 mph | 29.46 in | 0.2 in |
| 5:10 AM | 69 °F | 68 °F | 96 % | SSW | 7 mph | 0 mph | 29.45 in | 0.3 in |
| 5:18 AM | 68 °F | 67 °F | 96 % | SE | 3 mph | 0 mph | 29.44 in | 0.3 in |
| 5:24 AM | 68 °F | 67 °F | 96 % | SSE | 3 mph | 0 mph | 29.45 in | 0.3 in |
| 5:35 AM | 68 °F | 67 °F | 96 % | S | 7 mph | 0 mph | 29.47 in | 0.3 in |
| 5:40 AM | 68 °F | 67 °F | 96 % | VAR | 6 mph | 0 mph | 29.46 in | 0.4 in |
| 5:44 AM | 68 °F | 67 °F | 96 % | VAR | 6 mph | 0 mph | 29.45 in | 0.4 in |
| 5:53 AM | 68 °F | 67 °F | 96 % | ESE | 7 mph | 0 mph | 29.44 in | 0.5 in |
| 6:20 AM | 68 °F | 67 °F | 96 % | ESE | 6 mph | 0 mph | 29.44 in | 0.0 in |
| 6:53 AM | 69 °F | 67 °F | 93 % | VAR | 7 mph | 0 mph | 29.43 in | 0.0 in |
| 7:53 AM | 70 °F | 66 °F | 87 % | SSE | 7 mph | 17 mph | 29.44 in | 0.0 in |
| 8:12 AM | 71 °F | 67 °F | 87 % | SSE | 8 mph | 0 mph | 29.44 in | 0.0 in |
| 8:36 AM | 71 °F | 68 °F | 90 % | S | 8 mph | 0 mph | 29.44 in | 0.0 in |
| 8:53 AM | 73 °F | 69 °F | 87 % | SSE | 12 mph | 17 mph | 29.44 in | 0.0 in |
| 9:20 AM | 74 °F | 70 °F | 87 % | S | 10 mph | 20 mph | 29.45 in | 0.0 in |
| 9:53 AM | 76 °F | 69 °F | 79 % | S | 14 mph | 20 mph | 29.43 in | 0.0 in |
| 10:53 AM | 77 °F | 68 °F | 74 % | S | 15 mph | 25 mph | 29.43 in | 0.0 in |
| 11:08 AM | 76 °F | 67 °F | 74 % | S | 14 mph | 23 mph | 29.43 in | 0.0 in |
| 11:33 AM | 78 °F | 69 °F | 74 % | SSE | 14 mph | 23 mph | 29.42 in | 0.0 in |
| 11:53 AM | 77 °F | 67 °F | 71 % | SSE | 14 mph | 25 mph | 29.42 in | 0.0 in |

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Preci |
|---|---|---|---|---|---|---|---|---|
| 12:53 PM | 78 °F | 68 °F | 71 % | S | 16 mph | 25 mph | 29.43 in | 0.0 in |
| 1:53 PM | 77 °F | 68 °F | 74 % | SSE | 12 mph | 23 mph | 29.40 in | 0.0 in |
| 2:53 PM | 76 °F | 69 °F | 79 % | S | 13 mph | 21 mph | 29.40 in | 0.0 in |
| 3:30 PM | 73 °F | 71 °F | 93 % | S | 8 mph | 0 mph | 29.40 in | 0.1 in |
| 3:42 PM | 72 °F | 70 °F | 93 % | SSE | 6 mph | 0 mph | 29.39 in | 0.1 in |
| 3:48 PM | 72 °F | 70 °F | 94 % | S | 9 mph | 0 mph | 29.39 in | 0.1 in |
| 3:53 PM | 72 °F | 69 °F | 91 % | VAR | 6 mph | 0 mph | 29.38 in | 0.1 in |
| 4:09 PM | 72 °F | 70 °F | 93 % | VAR | 5 mph | 0 mph | 29.39 in | 0.0 in |
| 4:26 PM | 72 °F | 70 °F | 93 % | S | 6 mph | 0 mph | 29.38 in | 0.0 in |
| 4:53 PM | 72 °F | 68 °F | 87 % | SSE | 13 mph | 20 mph | 29.36 in | 0.1 in |
| 5:53 PM | 69 °F | 66 °F | 90 % | S | 9 mph | 17 mph | 29.39 in | 0.0 in |
| 6:53 PM | 69 °F | 65 °F | 87 % | SSE | 9 mph | 0 mph | 29.39 in | 0.0 in |
| 7:53 PM | 68 °F | 65 °F | 90 % | SSE | 8 mph | 0 mph | 29.40 in | 0.0 in |
| 8:35 PM | 69 °F | 66 °F | 90 % | S | 10 mph | 17 mph | 29.41 in | 0.0 in |
| 8:45 PM | 69 °F | 66 °F | 90 % | S | 7 mph | 18 mph | 29.41 in | 0.0 in |
| 8:53 PM | 69 °F | 66 °F | 90 % | S | 9 mph | 20 mph | 29.41 in | 0.0 in |
| 9:53 PM | 70 °F | 66 °F | 87 % | S | 9 mph | 17 mph | 29.41 in | 0.0 in |
| 10:53 PM | 70 °F | 66 °F | 87 % | S | 9 mph | 0 mph | 29.42 in | 0.0 in |
| 11:11 PM | 69 °F | 66 °F | 90 % | S | 9 mph | 18 mph | 29.41 in | 0.0 in |
| 11:53 PM | 69 °F | 66 °F | 90 % | S | 10 mph | 18 mph | 29.42 in | 0.0 in |

Our Apps (/download)

About Us (/about/our-company)

Contact (/about/contact-us)

Careers (http://ibm.biz/BdH3av)

PWS Network (/pws/overview)

WunderMap (/wundermap)

Feedback & Support (https://www.wunderground.com/feedback)

Terms of Use (/company/legal)

Privacy Policy (/company/privacy-policy)

Accessibility Statement (/accessibility-statement)

AdChoices (/company/ad-choices)

Data Vendors (/data-vendors)

(https://www.essentialaccessibility.com/the-weather-channel?utm_source=theweatherchannelhomepage&utm_medium=iconlarge&utm_term=eachannelpage&utm_content=header&utm_campaign=theweatherchannel)

We recognize our responsibility to use data and technology for good. Take control of your data.

Privacy Settings (/privacy-settings) | Review My Advertising Settings (/privacy-settings#do-not-sell) | Data Rights (/data-rights)

Powered by the IBM Cloud (https://www.ibm.com/cloud/)

© Copyright TWC Product and Technology LLC 2014, 2022



PLAINTIFF'S
EXHIBIT
DENIES THE EVENT TOOK PLACE

Search Locations

Log in 

Recent Cities
Jackson, TN (/weather/us/tn/jackson/35.63,-88.82) Memphis, TN (/weather/us/tn/memphis/35.15,-90.05)

35.61 °N, 88.82 °W

# Jackson, TN Weather History

79° MC KELLAR-SIPES RGNL STATION (/DASHBOARD/PWS/KTNJACKS88?CM_VEN=LOCALWX_PWSDASH) | CHANGE

HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)

- TODAY (/WEATHER/US/TN/JACKSON/KMKL)
- HOURLY (/HOURLY/US/TN/JACKSON/KMKL)
- 10-DAY (/FORECAST/US/TN/JACKSON/KMKL)
- CALENDAR (/CALENDAR/US/TN/JACKSON/KMKL)
- HISTORY (/HISTORY/DAILY/US/TN/JACKSON/KMKL)
- WUNDERMAP (/WUNDERMAP?LAT=35.614&LON=-88.818)



# Summary

| Temperature (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| High Temp | 67 | 82.8 | 96 |
| Low Temp | 57 | 61 | 39 |
| Day Average Temp | 62.17 | 71.9 | - |
| **Precipitation (In)** | Actual | Historic Avg. | Record |
| Precipitation (past 24 hours from 11:53:00) | 0.03 | -- | - |
| **Dew Point (°F)** | Actual | Historic Avg. | Record |
| Dew Point | 57.03 | - | - |
| High | 60 | - | - |
| Low | 55 | - | - |
| Average | 57.03 | - | - |
| **Wind (mph)** | Actual | Historic Avg. | Record |
| Max Wind Speed | 13 | - | - |
| Visibility | 10 | - | - |
| **Sea Level Pressure (In)** | Actual | Historic Avg. | Record |
| Sea Level Pressure | 29.51 | - | - |
| **Astronomy** | Day Length | Rise | Set |
| Actual Time | 14h 19m | 5:44 AM | 8:03 PM |
| Civil Twilight | | 5:15 AM | 8:32 PM |
| Nautical Twilight | | 4:39 AM | 9:08 PM |
| Astronomical Twilight | | 4:00 AM | 9:47 PM |
| Moon: waning crescent | | 4:06 AM | 5:37 PM |

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Preci |
|---|---|---|---|---|---|---|---|---|
| 12:53 AM | 57 °F | 55 °F | 93 % | SSW | 7 mph | 0 mph | 29.39 in | 0.0 in |
| 1:53 AM | 57 °F | 55 °F | 93 % | SSW | 9 mph | 0 mph | 29.39 in | 0.0 in |
| 2:53 AM | 57 °F | 55 °F | 93 % | SSW | 8 mph | 0 mph | 29.39 in | 0.0 in |
| 3:53 AM | 57 °F | 55 °F | 93 % | SSW | 8 mph | 0 mph | 29.39 in | 0.0 in |
| 4:15 AM | 57 °F | 55 °F | 93 % | SW | 7 mph | 0 mph | 29.39 in | 0.0 in |
| 4:53 AM | 58 °F | 56 °F | 93 % | SW | 6 mph | 0 mph | 29.40 in | 0.0 in |
| 5:53 AM | 58 °F | 56 °F | 93 % | SW | 8 mph | 0 mph | 29.42 in | 0.0 in |
| 6:36 AM | 59 °F | 56 °F | 90 % | SW | 7 mph | 0 mph | 29.42 in | 0.0 in |
| 6:53 AM | 59 °F | 56 °F | 90 % | WSW | 12 mph | 0 mph | 29.42 in | 0.0 in |
| 7:53 AM | 60 °F | 57 °F | 90 % | WSW | 8 mph | 0 mph | 29.43 in | 0.0 in |
| 8:19 AM | 61 °F | 58 °F | 90 % | WSW | 9 mph | 0 mph | 29.44 in | 0.0 in |
| 8:41 AM | 60 °F | 57 °F | 90 % | WSW | 12 mph | 0 mph | 29.45 in | 0.0 in |
| 8:53 AM | 61 °F | 58 °F | 90 % | W | 8 mph | 0 mph | 29.45 in | 0.0 in |
| 9:53 AM | 64 °F | 59 °F | 84 % | W | 9 mph | 0 mph | 29.46 in | 0.0 in |
| 10:53 AM | 64 °F | 57 °F | 78 % | WNW | 10 mph | 0 mph | 29.46 in | 0.0 in |
| 11:53 AM | 65 °F | 56 °F | 73 % | W | 10 mph | 0 mph | 29.47 in | 0.0 in |
| 12:53 PM | 67 °F | 58 °F | 73 % | WSW | 10 mph | 0 mph | 29.47 in | 0.0 in |
| 1:42 PM | 66 °F | 57 °F | 73 % | W | 12 mph | 0 mph | 29.48 in | 0.0 in |
| 1:51 PM | 64 °F | 57 °F | 77 % | W | 10 mph | 0 mph | 29.48 in | 0.0 in |
| 1:53 PM | 65 °F | 57 °F | 75 % | W | 10 mph | 0 mph | 29.48 in | 0.0 in |
| 2:53 PM | 66 °F | 57 °F | 73 % | W | 13 mph | 0 mph | 29.48 in | 0.0 in |
| 3:07 PM | 66 °F | 58 °F | 75 % | WSW | 9 mph | 0 mph | 29.48 in | 0.0 in |
| 3:34 PM | 66 °F | 58 °F | 75 % | WSW | 12 mph | 0 mph | 29.48 in | 0.0 in |
| 3:53 PM | 65 °F | 57 °F | 75 % | WSW | 12 mph | 0 mph | 29.48 in | 0.0 in |
| 4:15 PM | 66 °F | 58 °F | 75 % | W | 12 mph | 0 mph | 29.48 in | 0.0 in |
| 4:53 PM | 66 °F | 57 °F | 73 % | W | 9 mph | 0 mph | 29.48 in | 0.0 in |
| 5:53 PM | 65 °F | 57 °F | 75 % | WNW | 9 mph | 0 mph | 29.48 in | 0.0 in |
| 6:53 PM | 65 °F | 57 °F | 75 % | W | 8 mph | 0 mph | 29.49 in | 0.0 in |
| 7:29 PM | 64 °F | 57 °F | 78 % | W | 5 mph | 0 mph | 29.49 in | 0.0 in |
| 7:53 PM | 64 °F | 57 °F | 78 % | W | 6 mph | 0 mph | 29.50 in | 0.0 in |

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Preci |
|---|---|---|---|---|---|---|---|---|
| 8:53 PM | 64 °F | 58 °F | 80 % | CALM | 0 mph | 0 mph | 29.50 in | 0.0 in |
| 9:53 PM | 63 °F | 60 °F | 90 % | CALM | 0 mph | 0 mph | 29.51 in | 0.0 in |
| 10:53 PM | 61 °F | 59 °F | 93 % | CALM | 0 mph | 0 mph | 29.51 in | 0.0 in |
| 11:33 PM | 60 °F | 58 °F | 93 % | CALM | 0 mph | 0 mph | 29.51 in | 0.0 in |
| 11:53 PM | 59 °F | 58 °F | 96 % | CALM | 0 mph | 0 mph | 29.51 in | 0.0 in |

Our Apps (/download)

About Us (/about/our-company)

Contact (/about/contact-us)

Careers (http://ibm.biz/BdH3av)

PWS Network (/pws/overview)

WunderMap (/wundermap)

Feedback & Support (https://www.wunderground.com/feedback)

Terms of Use (/company/legal)

Privacy Policy (/company/privacy-policy)

Accessibility Statement (/accessibility-statement)

AdChoices (/company/ad-choices)

Data Vendors (/data-vendors)

Access Logo (https://www.essentialaccessibility.com/the-weather-channel?utm_source=theweatherchannelhomepage&utm_medium=iconlarge&utm_term=eachannelpage&utm_content=header&utm_campaign=theweatherchannel)

We recognize our responsibility to use data and technology for good. Take control of your data.

Privacy Settings (/privacy-settings) | Review My Advertising Settings (/privacy-settings#do-not-sell) | Data Rights (/data-rights)

Powered by the IBM Cloud (https://www.ibm.com/cloud/)

IBM Logo

DEFENDANT'S
EXHIBIT
FENCE WAS HIT BY SMALL TREE

Photo 23: Wooden Fence on West Side of Property – Broken Rail

Photo 24: Wooden Fence on West Side of Property – No Impact Damage

DEFENDANT'S
EXHIBIT
SIDING DAMAGE NOT IN REPORT

Photo 29: West Façade – Skirting Deflection

Photo 30: Hot Water Heater Building

DEFENDANT'S EXHIBIT

TREE DAMAGE CONFIRMED BUT

Photo 33: Hot Water Heater Building

Photo 34: Hot Water Heater Building – Torn Shingles



DEFENDANT'S
EXHIBIT
IT WAS RE SET BY TREE GUYS

Photo 35: Hot Water Heater Building – No Signs of Relative Movement

Photo 36: Hot Water Heater Building - No Signs of Relative Movement

Photo 37: North Façade Condition

Photo 38: North Façade Condition



DEFENDANT'S
EXHIBIT
SOFFIT DAMAGE NOT ACKNOWLI

REPORT NO. 22-363 Page 3

Photo 39: North Façade – Fascia Damage at Northwest Corner

Photo 40: North Façade – Fascia Damage

VCE 22-363 Report - Radjabov - CL 2022P00439.pdf 34 2/27/2023 3:50:11 PM

DEFENDANT'S
EXHIBIT
SKIRT DAMAGE

Photo 41: North Façade – Roof Overhang Condition

Photo 42: North Façade – Skirting Damage

DEFENDANT'S
EXHIBIT
FRONT ELEVATION

Photo 45: South Façade – West End – Condition

Photo 46: South Façade – Porch Area

Photo 47: South Façade – Porch Area

DEFENDANT'S EXHIBIT

#4 ON PG 5 OF 7 IS FALSE

Photo 48: South Façade – Displaced Fascia

DEFENDANT'S
EXHIBIT

MOVEMENT OF TRAILER

Photo 73: Crawlspace – South Beam Bearing Location

Photo 74: Crawlspace – Tie-Down Strap

DEFENDANT'S
EXHIBIT
WATER STAIN CLEARLY

Photo 93: South Bath – Ceiling Stain

Photo 94: South Carport - Southwest Column Base



DEFENDANT'S EXHIBIT

DID NOT GET ON THE ROOF

Photo 103: South Shop - Roof Condition

Photo 104

DEFENDANT'S EXHIBIT
PPI DAMAGED

Photo 105

Photo 106: South Shop - Shed Roof Condition

DEFENDANT'S
EXHIBIT

DAMAGED BUT NO PAYMENT

Photo 107: South Shop - Shed Roof Condition

PLAINTIFF'S
EXHIBIT
PLAINTIFF EXHIBITS

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S EXHIBIT
SHOWS TREE BEING MOVED OFF

35 35-img_20220623_125847
emergency tree removal from right rear elevation home



## P&G Construction Consultants LLC.

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT
TRAILER MFG INFO

DATA PLATE

All American of Ala Inc

P O Box 68

Bear Creek, AL 35543

MODEL NO 66X2 K3te SERIAL NO: 1210A18

DATE OF MANUFACTURE 11-7-80 LABEL NO: 110816
110817

THIS MOBILE HOME IS DESIGNED TO COMPLY WITH THE FEDERAL MOBILE HOME CONSTRUCTION AND SAFETY STANDARD IN FORCE AT THE TIME OF MANUFACTURE.

DESIGN APPROVAL BY

HWC

FACTORY INSTALLED EQUIPMENT INCLUDES

| EQUIPMENT | MANUFACTURER | MODEL NO |
|---|---|---|
| | INTERTHERM | FEHB12H |
| | NEI | |
| | MAGIC CHEF | 35AY-17 |
| | HOTPOINT | CTE16 |
| | INTERTHERM | |
| | NONE | |

1 74-IMG_20220820_142350





PLAINTIFF'S
EXHIBIT
FRONT ELEVATION

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

2 1-IMG_20220622_082323221_HDR Date Taken: 6/22/2022

damage to left front elevation



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

7 6-IMG_20220820_140056
underpinnning emergency temp repair



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT
ROOF ASSEMBLY DAMAGE

13 12-IMG_20220817_150555592_HDR Date Taken: 8/17/2022

1 X 8 fascia board





**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E.  pandgconstructionconsultants@gmail.com





14      13-IMG_20220817_150913374      Date Taken: 8/17/2022





PLAINTIFF'S EXHIBIT
RAFTER DECK DAMAGE

## P&G Construction Consultants LLC.

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

15 15-IMG_20220817_150650054 Date Taken: 8/17/2022



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E.  pandgconstructionconsultants@gmail.com









16   16-IMG_20220816_104038380      Date Taken: 8/16/2022
Tree on shop



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

17 17-IMG_20220622_082339690 Date Taken: 6/22/2022
front elevation



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

20 20-IMG_20220608_103321682_HDR Date Taken: 6/8/2022

underpinning damage front right elevation





THIS TRUNK WAS CUT FLAT AT BOTTOM AND WAS PULLED UPRIGHT DURING REMOVAL. STABILZATION.

Adjuster Provided Photo 1: Tree Removal



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT
CHAIN LINK

22 22-IMG_20220608_103418562 Date Taken: 6/8/2022
exterior fence damage





PLAINTIFF'S
EXHIBIT
SHOWS LEAN IMPACT OF TREE

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

27 27-IMG_20220608_154222640 Date Taken: 6/8/2022
roof view rear right elevation tree damage..



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT

IMPACT OVERVIEW



30    30-IMG_20220608_154755200    Date Taken: 6/8/2022
front left roof elevation damage



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

31 31-IMG_20220608_154759500 Date Taken: 6/8/2022
front left roof damage





PLAINTIFF'S EXHIBIT
MASTER CLOSET DAMAGE

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

39 39-IMG_20220622_081226065 Date Taken: 6/22/2022
master bedroom walk-in closet



PLAINTIFF'S
EXHIBIT
MASTER CLOSET DAMAGE

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

39 39-IMG_20220622_081226065 Date Taken: 6/22/2022
master bedroom walk-in closet

NANCY_FINAL_FINAL 8/22/2022 Page: 52

P&G Estimate for home.pdf 52 2/27/2023 4:08:49 PM



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E.  pandgconstructionconsultants@gmail.com



PLAINTIFF'S
EXHIBIT

OFFICE CEILING



43      48-IMG_20220622_081009293      Date Taken: 6/22/2022

Damage to office ceiling





PLAINTIFF'S
EXHIBIT
MASTER BDRM DAMAGE

**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

44 49-IMG_20220622_081111606 Date Taken: 6/22/2022

master bedroom damage to the ceiling



P&G Construction Consultants LLC.

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

45 50-IMG_20220816_103609433 Date Taken: 8/16/2022

Beams moved under tailor from Fallen Tree



**P&G Construction Consultants LLC.**



P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E.  pandgconstructionconsultants@gmail.com



46      51-IMG_20220816_103721123        Date Taken: 8/16/2022

flooring buckled from fallen tree and trailor shifted from impact.



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com

PLAINTIFF'S
EXHIBIT
59

PLAINTIFF'S
EXHIBIT
Tree on fence

54 59-IMG_20220716_164220124 Date Taken: 7/16/2022
tree on fence.. left of driveway



**P&G Construction Consultants LLC.**

P&G Construction Consultants LLC
State LIC.#72378
319 Vann Drive E-21
Jackson, Tn. 38305
E. pandgconstructionconsultants@gmail.com







55   60-IMG_20220716_164249862   Date Taken: 7/16/2022
tree damage to shop



William Griffin <william@

# Plunk v Shelter Insurance

1 message

**William Griffin** <william@griffinlossconsultants.com> Wed, Dec 21, 2022 at 3:22 PM

To: John Price <JPrice@shelterinsurance.com>, Claims Documents <ClaimsDocuments@shelterinsurance.com>, Nancy Plunk <nancyplunk@yahoo.com>
Bcc: drayton berkley <attorneyberkley@gmail.com>

Hi John,

Please see attached POL and other documentation from your insured.

To date, we have not seen the report from the engineer (Pirtle) and was wondering when that will be released for us to review.

Let me know on that and the status of the previously sent appraisal demand at your earliest convenience.

Merry Christmas!!

**Proof Of Loss Package.pdf**

  



# SWORN STATEMENT IN PROOF OF LOSS – DWELLING/STRUCTURE

STATE OF Tennessee COUNTY OF ~~Hardin~~ Madison

To Shelter General Insurance Company of Columbia, Missouri

At time of loss you insured the property described in Schedule "A", according to the terms and conditions of policy number 41-73-10179681-1 and all forms, endorsements, transfers and assignments attached to it.

1 TIME AND CAUSE: A loss occurred about the hour of 1-4 am o'clock A. M., May 26 2022 The cause of the loss was:

Windstorm

2 OCCUPANCY: The insured building was occupied at the time of loss for these purposes and no others:

Dwelling

3 OWNERSHIP AND INTEREST: At the time of the loss no one else had any interest in the property except: (See attached)

Robert Plunk, et al: Nancy Ruth Harrell-Plunk / Life Estate Robert: Julie Plunk (See records)

4 CHANGES: Since the policy was issued there have been no assignments, or changes in ownership, use, occupancy, possession, additions, upgrades, location, or exposure to hazardous conditions of the property insured except:

(See #3)

5 INSURANCE: There was no other policy insuring the property except as listed on Schedule "B".

6 THE ACTUAL CASH VALUE of the property at the time of the loss was..............................$ 92,165.95

7 TOTAL RESTORATION COST..............................$ 116,665.75

This is the total amount from the last column of the Proof of Loss.

8 REPRESENTATIONS: I didn't intentionally cause the loss, nor did I directly or indirectly cause someone else to cause the loss. Neither I nor anyone with my consent or knowledge violated any policy condition. This proof of loss lists all known property damaged or destroyed and I only listed property actually destroyed or damaged by the loss – except for pending Personal Property. All the information I supplied is accurate and complete. I have not tried to deceive Shelter Insurance Companies. I will give you any other information required by policy that you request and it will become part of this Sworn Statement in Proof of Loss. I too reserve(s) all right(s) I may have under the insurance policy, in sured(s) property. If this Proof of Loss does not comply with the policy conditions, you are hereby instructed to inform us within 15 days from the date of the Proof of Loss or any deficiencies will be considered waived. The said loss did not originate by any act, design or procurement on my part o nothing has been done by or with the privity or my consent, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. The furnishing or the preparation of proofs by me is not a waiver of any of its rights.

Shelter does not waive any of its rights by giving me this form or helping me fill it out. All the answers are mine and they are true.

-WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.

Signature(s)

NANCY R. PLUNK

Insured(s)

Subscribed and sworn to before me this 30th day of Nov 2022.

Notary Public

BRITTANY HARRIS STATE OF TENNESSEE NOTARY PUBLIC MADISON COUNTY

9/23/25

## SCHEDULE "A" – PROPERTY INSURED

| Coverage or Item Number | Amount of Insurance | Description of Property |
|---|---|---|
| BASIC FORM | $ 50,000.00 | DWELLING / OTHER STRUCTURES |
| | | |
| | | |
| | | |

Location of Property: 142 OLD BELLS LOOP JACKSON, TN 38305

## SCHEDULE "B" – OTHER INSURANCE

| Policy No. | Expires | Name of Company |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |
| | | |

## PROOF OF LOSS – DWELLING/STRUCTURE
## DESCRIPTION OF PROPERTY AND AMOUNT OF LOSS
## (TO BE ATTACHED)

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

Signature

**NANCY R. PLUNK**
**Insured(s)**

*3228915* *DAMAGES* *23775*

# PROOF OF LOSS – DWELLING / STRUCTURE

Dwelling: 142 OLD BELLS LOOP JACKSON, TN 38305 Insured: Nancy R Plunk

Other Structure: Page 1 of 1 Claim Number: DW0000003228915 Date of Loss: 05/26/2022

Instructions: Please use a pen or type. We have included some instructions with this form to make it easier for you. Please call with any questions.

1) Protect your property from more damage. Make your list one structure at a time.
2) Complete this form accurately and as completely as possible.
3) Attach a full copy of each estimate and any document you have showing recent repairs to the building before the loss, like receipts, photographs and cancelled checks.

| 1. Building Damage | 2. Estimate Obtained From (Include Name, Address and Contact No.) | 3. Date Building Purchased | 4. Amount Paid | 5. Repair Cost of Building | 6. Replacement Cost |
|---|---|---|---|---|---|
| 1981 MODULAR MOBILE HOME 30 X 50 SERIAL # A | P&GCC, LLC 319 Vann Dr Ste E-21 Jackson, TN 38305 720-495-4112 | 7-21-80 $56,000.00 (see attached) (tax records) | $56,000.00 see attached | $ 88,338.42 | $ 116,665.75 |
| | | | | | |
| TREE REMOVAL AND EQUIPMENT | P&GCC, LLC 319 Vann Dr Ste E-21 Jackson, TN 38305 720-495-4112 | | | | $ 11,127.50 |
| MITIGATION REPAIRS / RECEIPTS | | | | 5,342.00 | |
| | | | TOTALS | $ | $ |

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

**READ THIS CAREFULLY BEFORE SIGNING.** By signing this, I warrant that: (1) all the information I am providing to Shelter about this loss is true; (2) I have not done anything to cause or contribute to the loss; (3) I have not done anything, and no one else has done anything with my knowledge or consent, that violates the Policy; (4) I'm claiming property damaged or destroyed only by this loss, and I am not concealing any undamaged property; (5) I am not deceiving Shelter about the loss or damages; (6) even if a Shelter representative gave me this form or helped me prepare it, Shelter does not waive any of its rights, and (7) all the answers are mine.

INSURED'S SIG. [signature] INSURED'S SIG. ______ DATE ______

C-67.6-C 01/07



Property Type: 00 Residential

ASSESSOR OF PROPERTY - PROPERTY RECORD CARD

142 OLD BELLS LOOP
Property Address
Ownership and Mailing Address

PLUNK ROBERT JOSEPH
ETAL HARRELL NANCY RUTH
550 CATFISH LANE
CRUMP TN 38327

Subdivision BK PG BLOCK LOT TRACT
Alt Subdiv BK PG BLOCK LOT TRACT
Additional Description LIFE EST ROBERT & JULIE PLUNK
Dimensions

TAX YEAR 2023 MADISON
057 JUR | 054 CONTROL MAP | GROUP | 050.02 PARCEL | PI | 000 S/I
City
SSD1
SSD2
Map 054 Updated 12/20/2022
Dist 03 Printed 12/20/2022
Total Land Units 2.6
Dead Acres 0
Calculated Acres 2.6
Card: 1 of 2
Page: 1 of 2

**DWELLING DATA**

Improv Type 01 Single Family | Lower Level 1 No Basement
Stories 1 Story Frame | Heating/Air 7 Heat And Cooling Split
Exterior Wall 11 Common Brick
Heating Fuel
Year Built 1965 Eff Yr Built 1993 Rooms 0 Bedrooms 0
Full Baths Half Baths Add'l Fixtures 6 Total Fixtures 6
Wood FP Stacks Openings Add'l Sty PreFab Add'l Sty
Info Src 3 Occ 0 Rental: Src Year 0 Amount 0 Sched
Quality 1+ : Average + Condition Average Class:
Prorate Date Factor % Comp Cost & Design 0
Depr: Physical 29 Other Phys Functional External % Good 71

| GFLA | Area Factors | Story | Const | Grade | SFLA | Depr Yr | Eff Age | County Factor |
|---|---|---|---|---|---|---|---|---|
| 1,484 | .99 | 1 | 1.07 | 1.07 | 1,484 | 2022 | 29 | 1.00 |

| | Base Dwelling | Add'l Areas | Total | $/SqFt | % Complete | |
|---|---|---|---|---|---|---|
| RCN | 159,320 | 10,910 | 170,230 | 114.71 | Dwelling Factor | 1 |
| RCNLD | 113,120 | 7,750 | 120,870 | 81.45 | Dwelling Value | 120,870 |

| AREAS: Lower Floor | First & Above | Area | % SFLA | Rate | RCN |
|---|---|---|---|---|---|
| | BAS | 1,484 | | | |
| | CPF | 374 | 0 | 29.17 | 10,910 |

**APPRAISED VALUES**

| | |
|---|---|
| LAND | 47,200 |
| IMPROVEMENTS | 137,500 |
| TOTAL APPRAISAL | 184,700 |
| GREENBELT APR | |
| ASSESSMENT | 46,175 |
| ASSESSED @ | 25% |
| APPROACH | COST VALUE |

Value Correlation

| | Value |
|---|---|
| COST | 184,700 |
| INCOME | |
| MARKET | |

**PARCEL DATA**

NBHD D63
Review Flag
Living Units
Water/Sewer 11 Individual / Individual
Electricity 01 Public
Gas 00 None
Topo 1 Rolling
Road Type 3 Paved
Delete Next Year
Greenbelt Review N
Land Apr Date 01/01/2018 By 09
# Improvements 1
# Mobile Homes 1
NH Trend 0 STABLE
Other
Land Use Code 11
Zoning

**GREENBELT**

Year Recorded
App# Book/Pg

**ENTRANCES**

| Date | Code | ID |
|---|---|---|
| 08/16/2011 | 01 Bldg Apr | 07 |

**BUILDING PERMITS**

| Date | Type | Status | Last Visit |
|---|---|---|---|

**OUTBUILDINGS and YARD ITEMS**

| Code | Description | Yr Blt | Eff Yr | Area | Grade | Units | Add'l Description | Class | Rate | Cnd | RCN | %Good | Prort | Adj Fact | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SLB | Slab | 1965 | 1965 | 192 | D | 1 | 8X24 | | 4.6354 | FR | 890 | 10 | | 1 | 90 |
| SHD | Shed | 1968 | 1968 | 1,560 | C | 1 | 39X40 | | 13.7692 | AV | 21,480 | 10 | | 1 | 2,150 |
| WDK | Wood Deck | 1989 | 1989 | 352 | C | 1 | 22X16 | | 16.2784 | AV | 5,730 | 10 | | 1 | 570 |
| MHA | Mobile Home Additior | 1990 | 1990 | 144 | C | 1 | 8X18 | | 29.7222 | AV | 4,280 | 25 | | 1 | 1,070 |
| MOF | Mh Open Porch Finis | 1990 | 1990 | 72 | C | 1 | 8X9 | | 35.1389 | AV | 2,530 | 25 | | 1 | 630 |

Total OBY Value 4,510

**MARKET LAND**

| # | Type | Table | Code | Acc | Front | Depth | Units | Rate | Infl | Fld | Topo | Loc | Size | Mkt | Dep | AdjRate | Value | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U | 31 | 04 | | 0 | 0 | 2.6 | 18,150.00 | | | | | | | 100 | 18,150.00 | 47,190 | |
| | | | | | | Totals: | 2.6 | | | | | | | | | | 47,190 | |

**AGRICULTURAL / GREENBELT LAND**

| # | Mkt Line | Use Type | Soil Type | Access | Acres | Rate | Use Value |
|---|---|---|---|---|---|---|---|
| | | | | Totals: | | | |

**SALES**

| Date | Book | Page | Price | Adj Price | V/I | Instr | A/R | Owner |
|---|---|---|---|---|---|---|---|---|
| 11/21/2007 | 691 | 198 | | | | QC | | PLUNK ROBERT JOSEPH |
| 04/24/1985 | 449 | 265 | | | | WD | | PLUNK ROBERT B ETUX |
| 07/21/1980 | 397 | 144 | 56,000 | 56,000 | I | WD | L | PLUNK ROBERT B ETUX RUTH L |
| 11/16/1979 | 388 | 34 | 55,300 | 55,300 | I | WD | L | JERROLDS BOMER D & ELLA LUCILLE J |

**NOTES**

AHS
PIC
8-26-19 #16 ASH (3) N.V.
12/20/2022-PROPERTY ADD CORRECTION PER MAPVIEWER PER E-911

CA330TN State of Tennessee - IMPACT System 184700

Property Type: 00 Residential

ASSESSOR OF PROPERTY - PROPERTY RECORD CARD

142 OLD BELLS LOOP
Property Address
Ownership and Mailing Address

PLUNK ROBERT JOSEPH
ETAL HARRELL NANCY RUTH
550 CATFISH LANE
CRUMP TN 38327

Subdivision
BK PG BLOCK LOT TRACT
Alt Subdiv
BK PG BLOCK LOT TRACT
Additional Description LIFE EST ROBERT & JULIE PLUNK
Dimensions

TAX YEAR 2023
MADISON

| 057 | 054 | | 050.02 | | 000 |
|---|---|---|---|---|---|
| JUR | CONTROL MAP | GROUP | PARCEL | PI | S/I |

City
SSD1
SSD2

Map 054 Updated 12/20/2022
Dist 03 Printed 12/20/2022

Total Land Units 2.6
Deed Acres 0
Calculated Acres 2.6

Card: 2 of 2
Page: 2 of 2

**DWELLING DATA**

Improv Type
Stories
Exterior Wall
Heating Fuel
Year Built
Full Baths
Wood FP Stacks
Info Src
Quality
Prorate
Depr: Physical

Lower Level
Heating/Air
Attic
Eff Yr Built
Rooms
Bedrooms
Half Baths
Add'l Fixtures
Total Fixtures
Openings
Add'l Sty
PreFab
Add'l Sty
Occ
Rental Src
Year
Amount
Sched
Condition
Class:
Date
Factor
% Comp
Cost & Design 0
Other Phys
Functional
External
% Good 100

| GFLA | Area | Factors Story | Const | Grade | SFLA | Depr Yr 2022 | Eff Age | County Factor 1.00 |
|---|---|---|---|---|---|---|---|---|

| | Base Dwelling | Add'l Areas | Total | $/SqFt | % Complete |
|---|---|---|---|---|---|
| RCN | | | | | Dwelling Factor |
| RCNLD | | | | | Dwelling Value |

| AREAS: Lower Floor | First & Above | Area | % SFLA | Rate | RCN |
|---|---|---|---|---|---|

**APPRAISED VALUES**

| | |
|---|---|
| LAND | 47,200 |
| IMPROVEMENTS | 137,500 |
| TOTAL APPRAISAL | 184,700 |
| GREENBELT APR | |
| ASSESSMENT | 46,175 |
| ASSESSED @ | 25% |
| APPROACH | COST VALUE |

Value Correlation

| | Value |
|---|---|
| COST | 184,700 |
| INCOME | |
| MARKET | |

**PARCEL DATA**

| | |
|---|---|
| NBHD | D63 |
| Review Flag | |
| Living Units | |
| Water/Sewer | 11 Individual / Individual |
| Electricity | 01 Public |
| Gas | 00 None |
| Topo | 1 Rolling |
| Road Type | 3 Paved |
| Delete Next Year | |
| Greenbelt Review | N |
| Land Apr Date | 01/01/2018 By 09 |
| # Improvements | 1 |
| # Mobile Homes | 1 |
| NH Trend | 0 STABLE |
| Other | |
| Land Use Code | 11 |
| Zoning | |

**GREENBELT**

Year Recorded
App# Book/Pg

**OUTBUILDINGS and YARD ITEMS**

| Code | Description | Yr Blt | Eff Yr | Area | Grade | Units | Add'l Description | Class | Rate | Cnd | RCN | %Good | Prort | Adj Fact | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MH2 | Mobile Home Class 2 | 1984 | 1984 | 1,392 | C | 1 | | | 34.8707 | AV | 48,540 | 25 | | 1 | 12,140 |

Total OBY Value 12,140

**ENTRANCES**

| Date | Code | ID |
|---|---|---|
| 08/16/2011 | 01 Bldg Apr | 07 |

**BUILDING PERMITS**

| Date | Type | Status | Last Visit |
|---|---|---|---|

**MARKET LAND**

| # | Type | Table | Code | Acc | Front | Depth | Units | Rate | Infl | Fld | Topo | Loc | Size | Mkt | Dep | Adj Rate | Value | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Totals:

**AGRICULTURAL / GREENBELT LAND**

| # | Mkt Line | Use Type | Soil Type | Access | Acres | Rate | Use Value |
|---|---|---|---|---|---|---|---|

Totals:

**SALES**

| Date | Book | Page | Price | Adj Price | VI | Instr | AR | Owner |
|---|---|---|---|---|---|---|---|---|

**NOTES**



10.07
1 AC
2
12
3.3 AC
13
1.7 ACc
13.01
2 ACc
51.02
102.50
174.49
207.69
349.85
98.63
51
2.07 ACc
244.7
2
321.55
50.02
2.6 ACc
12.01
230'
160'
50
1 ACc
49
1.4 ACc
47
5ACc
29 ACc
170 ft
911_SMALL
TEXT
TEXT_PARCEL
LEADERLINES
PARCELS
A tax map has no legal standing
other than the assessment of taxes.
It cannot be used to establish boundary

MADISON COUNTY, TENNESSEE



*3228915* *DAMAGES* *23775*

# SWORN STATEMENT IN PROOF OF LOSS – PERSONAL PROPERTY

STATE OF Tennessee COUNTY: Madison

To the Shelter Mutual Insurance Company of Columbia, Missouri
At time of loss you insured the property described in Schedule "A", according to the terms and conditions of policy number 41-73-10179681-1 and all forms, endorsements, transfers and assignments attached to it.

1. TIME AND CAUSE: A loss occurred between the hours of 1 - 4 o'clock a.m.___M., May 26, 2022. The cause of the loss was: WIND
2. OCCUPANCY: The building containing the insured property was occupied at the time of the loss for these purposes and no others: SHOP / STORAGE
3. OWNERSHIP AND INTEREST: At the time of the loss no one else had any interest in the personal property except: N/A
4. CHANGES: Since the policy was issued, there have been no assignments or changes in ownership, use, possession, location, or exposure to hazardous conditions of the property insured except: NONE
5. TOTAL INSURANCE: There was no other policy insuring the personal property except shown on Schedule "B".
6. THE MARKET VALUE of the personal property at the time of the loss was. .......................... $ ~~40,405.80~~ $45,487.64
7. AMOUNT OF LOSS is: .......................... $ ~~45,782.86~~ $50,538.48
   This is the total amount from the last column of the Schedule "C" Proof of Loss.
8. REPRESENTATIONS: I didn't intentionally cause the loss, nor did I directly or indirectly cause someone else to cause the loss. Neither I nor anyone with my consent or knowledge violated any policy condition. This proof of loss lists all items damaged or destroyed and I only listed items actually destroyed or damaged by the loss. All the information I supplied is accurate and complete. If I saved property, it hasn't been concealed from you. I have not tried to deceive Shelter Insurance Companies. I will give you any other information you request and it will become part of this Sworn Statement in Proof of Loss.

**Shelter does not waive any of its rights by giving me this form or helping me fill it out. All the answers are mine and they are true.**

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

[signature]
Signature(s)

NANCY R. PLUNK
Insured(s)

Subscribed and sworn to before me this 30th day of Nov 2022

[signature]
Notary Public

BRITTANY HARRIS STATE OF TENNESSEE NOTARY PUBLIC MADISON COUNTY

9/23/25

## SCHEDULE "A" – PROPERTY INSURED

| Coverage or Item Number | Amount of Insurance | Description of Property |
|---|---|---|
| PERSONAL PROPERTY | $ 25,000.00 | MISCELLANEOUS CONTENTS |
| | | |
| | | |
| | | |

Location of Property: 142 OLD BELLS LOOP RD JACKSON, TN 38305

## SCHEDULE "B" – OTHER INSURANCE

| Policy No. | Expires | Name of Company |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |
| | | |

## SCHEDULE "C"
## DESCRIPTION OF PERSONAL PROPERTY AND AMOUNT OF LOSS
## (TO BE ATTACHED)

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

Signature(s)

**NANCY R. PLUNK**
**Insured(s)**

C-75.25-C (Policy Edition 01-2007)

*3228915* *INVEST* *23775*

# AUTHORIZATION

This authorization relates to a loss that occurred on May 26, 2022

This authorization or a copy authorizes you to furnish to

**Shelter Mutual Insurance Company**
**Its Employees or Representatives**

All information you may have regarding my salary, employment records, finances or installment purchases, credit or loan records, insurance records, tax records, property records, cell phone records, utility records, and police, traffic or accident reports, including personal or public records of any law enforcement agency relating to criminal arrests or convictions. I authorize you to release information that may be a consumer report under the Fair Credit Reporting Act.

This authorization applies to my past and present employers, financial and lending institutions, retail and wholesale businesses, credit agencies, law enforcement agencies, taxing agencies, utility companies, courts of record, fire marshals, insurance companies, contractors, architects, engineers, and administrative agencies.

Shelter Insurance and its representatives have permission to enter the property where the loss occurred to investigate. They can remove any item from the premises to investigate the loss. For vehicles, they have permission to move any item, part, or data for their investigation.

Everything removed to investigate and all statements I give to Shelter about the loss are the property of Shelter and can be used by the company to investigate the loss.

This authorization will be used only to investigate all aspects of the loss and any related matters.

I understand and agree that Shelter doesn't waive any policy terms by investigating the loss.

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

[signature] 12/21/22

Policyholder's Signature Date

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

Social Security Number

0649092308

Driver's License Number and State

Policyholder's Signature Date

Social Security Number

Driver's License Number and State

☒ A copy has been received by a policyholder.

C-262.17-C

## SCHEDULE "A" – PROPERTY INSURED

| Coverage or Item Number | Amount of Insurance | Description of Property |
|---|---|---|
| BASIC FORM | $ 50,000.00 | DWELLING / OTHER STRUCTURES |
| | | |
| | | |
| | | |

Location of Property: 142 OLD BELLS LOOP JACKSON, TN 38305

## SCHEDULE "B" – OTHER INSURANCE

| Policy No. | Expires | Name of Company |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |
| | | |

## PROOF OF LOSS – DWELLING/STRUCTURE
## DESCRIPTION OF PROPERTY AND AMOUNT OF LOSS
## (TO BE ATTACHED)

**WARNING: Any person who knowingly and with intent to injure, defraud, or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information, commits a criminal offense that is punishable by imprisonment and/or fine. Any insurance company or agent who knowingly provides false, incomplete, or misleading information for the purpose of defrauding a policyholder or claimant in a claim settlement must be reported to the State Division of Insurance.**

**Signature(s)**

**NANCY R. PLUNK**
**Insured(s)**



PLAINTIFF'S
EXHIBIT
10

SHELTER
INSURANCE
SHELTER
INSURANCE
COMPANIES

John Price
Material Damage Adjuster
Phone: 615-778-3975
Fax: 888-742-5671
Email: JPrice@ShelterInsurance.com

January 23, 2023

NANCY R PLUNK
550 CATFISH LN
CRUMP, TN 38327-3749

RE: Claim Number: DW0000003228915
Date of Loss: May 26, 2022
Insured: Nancy R Plunk

Dear Nancy R Plunk,

We must return the Sworn Statement in Proof of Loss – Personal Property that you sent us. We are unable to accept due to the following items were missing: date of purchase or acquired, if gift (whom it was obtained from), item new or used, amount paid, market value, and cost of repair. Enclosed are additional forms, if needed.

Your policy requires a properly completed Sworn Statement in Proof of Loss before we can evaluate and consider paying this part of your claim. Please return properly completed forms in compliance with the policy provisions.

If you have any questions, please contact me.

Sincerely,

John Price
Claims Department

# The State of Tennessee, Madison County

## Circuit Court

Nancy Plunk

vs. Plaintiff

Shelter Mutual Insurance Company 23388

Defendant(s)

SUMMONS IN A CIVIL ACTION

No. C-23-54

1817 W Broadway
Columbia, MO 65218

Address

To the above named defendant (s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon Drayton Berkley, who is plaintiff's Attorney, whose address is 1255 Lynnfield Road Ste 226 Memphis, TN 38119, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, a judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 7 day of March, 2023

Gail Mooney, Clerk

By: [signature]
Deputy Clerk

RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the _______ day of _______________, _____, I served this summons together with a copy of the complaint herein as follows: _______________

_______________ Sheriff

_______________ Deputy Sheriff

# The State of Tennessee, Madison County

## Circuit Court

Nancy Plunk

vs. Plaintiff

VCE, Inc.

Defendant(s)

SUMMONS IN A CIVIL ACTION

No. C-23-54

2604 Foster Avenue
Nashville, TN 37214

Address

To the above named defendant (s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon Drayton Berkley, who is plaintiff's Attorney, whose address is 1255 Lynnfield Road, Ste 226 Memphis, TN 38177, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, a judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 7 day of March, 2023

ADA
IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE PLEASE CALL 1-731-988-3070

Gail Mooney, Clerk

By: [signature]
Deputy Clerk

RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the _______ day of _______________, ______, I served this summons together with a copy of the complaint herein as follows: _______________

_______________
Sheriff

_______________
Deputy Sheriff

# The State of Tennessee, Madison County

## Circuit Court

Nancy Plunk

Plaintiff

vs.

Jason Pirtle

Defendant(s)

SUMMONS IN A CIVIL ACTION

No. C-23-54 DIV II

2604 Foster Avenue
Nashville, TN

Address

To the above named defendant (s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon Drayton Berkley, who is plaintiff's Attorney, whose address is 1255 Lynnfield Road, Ste 226 Memphis, TN 38177, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, a judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 7 day of March, 2023

Gail Mooney, Clerk

By: [signature]
Deputy Clerk

Davidson Co. Sh.

## RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the _______ day of _______________________, _______, I served this summons together with a copy of the complaint herein as follows: _______________________

_______________________

Sheriff

_______________________

Deputy Sheriff

# The State of Tennessee, Madison County

## Circuit Court

Nancy Plunk

vs. Plaintiff

John Price

Defendant(s)

SUMMONS IN A CIVIL ACTION

No. C-23-54

990 Elliston Way
Thompson Station, TN 37179

Address

To the above named defendant (s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon Drayton Berkley, who is plaintiff's Attorney, whose address is 1255 Lynnfield Road, Ste 226 Memphis, TN 38119, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, a judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 7 day of March, 2023

Williamson Co. ShS.

Gail Mooney, Clerk

By: [signature]
Deputy Clerk

RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the ______ day of ____________________, ______, I served this summons together with a copy of the complaint herein as follows: ____________________

______________________________
Sheriff

______________________________
Deputy Sheriff