AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee ▼

| | ) |
|---|---|
| Nancy Plunk | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-1058 |
| Shelter Mutual Insurance Company, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant VCE, Inc.

Date:   04/17/2023

/s/ Matthew Lee Harris
*Attorney's signature*

Matthew Lee Harris (#030176)
*Printed name and bar number*
Meridian Law, PLLC
5141 Virginia Way, Suite 320
Brentwood, TN 37027

*Address*

matthew.harris@meridian.law
*E-mail address*

(615) 229-7499
*Telephone number*

(615) 229-7498
*FAX number*