**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| NANCY PLUNK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:23-CV-1058** |
| v. | ) | |
| | ) | **JURY DEMAND** |
| SHELTER MUTUAL INSURANCE | ) | |
| COMPANY, JOHN PRICE, | ) | |
| VCE, INC., and JASON PIRTLE, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT VCE, INC.'S
## MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING

**COMES NOW,** Defendant, VCE, Inc. (hereafter: "Defendant"), by and through undersigned counsel, and pursuant to *Fed. R. Civ. P.* 6(b)(1) respectfully requests additional time, through and including Monday, February 21, 2022, to respond to the Complaint. Defendant would show good cause exists for the relief requested pursuant to the following:

1.      This matter was original filed in the Circuit Court of Madison County, Tennessee on or about **March 7, 2023.** Defendant VCE was served with copies of the Summons and *Complaint for Umpire and Breach of Contract* on or about **March 20, 2023**. VCE's Co-Defendant, Shelter Mutual Insurance, removed the matter to the United States District Court for the Western District of Tennessee on or about **April 13, 2023**.

2.      Defendant VCE is of the present understanding that it must file a responsive pleading to the Complaint on or before **April 20, 2023.**

3.      The undersigned counsel was retained to defend VCE, Inc. on or about **April 10, 2023.** As evidenced by the numerous allegations set forth in Plaintiff's Complaint and

approximately 120 pages of documents affixed to same as exhibits, the undersigned will require

additional time in which to investigate the merit of Plaintiff's allegations and to prepare a

thorough and accurate response to same. Moreover, the undersigned's existing caseload must

be addressed during the timeframe currently provided for the filing of VCE's responsive

pleading. Stated another way, Defendant contends the existing deadline to file its responsive

pleading unnecessarily shortens the undersigned's ability to investigate the facts of this case and

to then likewise prepare a sufficiently thorough response or motion to same.

4.      Good cause exists to warrant the extension requested herein. This is Defendant's

*first* request for an extension, and is not brought for dilatory purposes. A case management

conference has not yet been ordered by the court, and no trial setting or other deadlines have

been set in this matter. No party will be prejudiced should the court ultimately determine to

grant this motion and the relief requested herein.

5.      By requesting this extension, Defendant specifically reserves the right to assert

and invoke each of its affirmative defenses, including those available under *Fed. R. Civ. P.* 8(b),

as well as any applicable Motion to Dismiss as provided by *Fed. R. Civ. P.* (b) as provided by rule.

6.      **Defendant anticipates this motion will be unopposed by counsel of record in
the matter, and likewise expects to provide the Court with a proposed order granting the
relief herein.**

7.      Defendant respectfully requests this Honorable Court enter its order permitting

VCE, Inc. an additional thirty (30) days in which to file its responsive pleading in this matter,

effectively requiring same be filed **on or before May 19, 2023**. This request is made in good faith

and believes good cause is shown in support of same.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays this Honorable Court find good cause exists to award Defendant VCE, Inc. an additional thirty (30) days in which to file its responsive pleading in this matter, and enter its order providing VCE, Inc. until and including May 19, 2023 to file its responsive pleading in this litigation.

**DATED:  APRIL 17, 2023.**

Respectfully submitted,



By:  _/s/ Matthew Lee Harris_
    Matthew L. Harris (#03076)
    Thomas W. Shumate IV (#019595)
    Meridian Law, PLLC
    5141 Virginia Way, Suite 320
    Brentwood, TN 37027
    615-229-7499 (office)
    615-229-7498 (fax)
    Email:  matthew.harris@meridian.law
           tom.shumate@meridian.law
    _Counsel for VCE, Inc._

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion for Additional Time* has

been served by electronic mail and US Mail on:

**Drayton Berkley**                             **E. JASON FERRELL**
The Berkley Law Firm                         Registration No. 24425
1255 Lynnfield Road, Ste 226                 **JAMIE ELIZABETH GLASS**
Memphis, TN 38119                            Registration No. 38731
Ph.: 901-322-8706                            DIRECT: (615) 630-7716
attorneyberkley@gmail.com                    (615) 256-8787, Ext. 116
*Attorney for Plaintiff*                     jferrell@bkblaw.com
                                             jglass@bkblaw.com
                                             *Attorney for Shelter Mutual Insurance*
                                             *Company and John Price*


I hereby certify that a true and exact copy of the foregoing *Motion for Additional Time* has

been served by US Mail on:

Jason Pirtle
2604 Foster Avenue
Nashville, TN 37210

on this 17th day of April, 2023.

                                             */s/ Matthew Lee Harris*
                                             Matthew Lee Harris (#030176)