# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Nancy Plunk | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-1058 |
| Shelter Mutual Insurance Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant VCE, Inc.

Date: 04/17/2023

/s/ Thomas W. Shumate IV
*Attorney's signature*

Thomas W. Shumate IV (#019595)
*Printed name and bar number*
Meridian Law, PLLC
5141 Virginia Way, Suite 320
Brentwood, TN 37027

*Address*

tom.shumate@meridian.law
*E-mail address*

(615) 229-7499
*Telephone number*

(615) 229-7498
*FAX number*