IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NANCY PLUNK,

    Plaintiff,

v.                                          No. 1:23-cv-01058-JDB-jay

SHELTER MUTUAL INSURANCE
COMPANY, *et al.*,

    Defendants.

___

ORDER GRANTING DEFENDANT PIRTLE'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
___

Before the Court is the motion of Defendant Jason Pirtle for additional time in which to respond to the complaint. (Docket Entry 18.) For good cause shown, the motion is GRANTED. The movant shall have until thirty days after completion of service on him in which to respond to the complaint.

IT IS SO ORDERED this 21st day of April 2023.

                                                              s/ J. DANIEL BREEN
                                                             UNITED STATES DISTRICT JUDGE