IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NANCY PLUNK,

    Plaintiff,

v.                                                                  No. 1:23-cv-01058-JDB-jay

SHELTER MUTUAL INSURANCE
COMPANY; JOHN PRICE; VCE, INC.;
and JASON PIRTLE,

    Defendants.

_____

ORDER DISMISSING DEFENDANT PIRTLE
_____

        In an order entered October 20, 2023, this Court found, among other things, that Defendant Jason Pirtle had been fraudulently joined in this case. (Docket Entry 34.) Accordingly, he is DISMISSED as a Defendant herein. *See Hall v. OrthoMidwest, Inc.*, 541 F. Supp. 3d 802, 811 (N.D. Ohio 2021) ("Where parties are fraudulently joined, they are dismissed from the lawsuit[.]").

        IT IS SO ORDERED this 25th day of October 2023.

                                                            s/ J. DANIEL BREEN
                                                           UNITED STATES DISTRICT JUDGE